# Exhibit C
# Innovations in Learning Records

**From:** CYNTHIA A HOUSTON <HOUSTONCA@scsk12.org>
**Sent:** Tuesday, October 05, 2021 4:38 PM EDT
**To:** NIA A COLEMAN <COLEMANNA@scsk12.org>
**Attachment(s):** "Kevin Bardwell Documents 10 05 20210001.pdf"


Sincerely,
Cynthia Houston
Instructional Resource Teacher (K-2)
Lucie E. Campbell
901 416 1000

K.B. v. SCBE Due Process
000560


**Innovations** <sup>In</sup>**Learning**

8200 Georgia St.
Merrillville, IN 46410

Phone: (219) 791-1400
Fax:   (219) 791-1422

09/25/2020

Lucy Elementary School
ATTN: Ms. Morton
RE: Bardwell, Kevin
Fax: 901-416-1001

Ms. Morton,

Enclosed are records for Kevin Bardwell. Kevin attended Innovations in Learning for ABA Therapy Services from 08/07/2018 – 03/17/2020.

If you have any additional questions, please contact our office at (219) 791-1400.

Sincerely,

Innovations in Learning
8200 Georgia Street
Merrillville, IN 46410
(219) 791-1400 Phone
(219) 791-1422 Fax

K.B. v. SCBE Due Process
000561



8200 Georgia Street
Merrillville, IN 46410

Phone: (219) 791-1400
Fax:     (219) 791-1422

## FAX COVERSHEET

TO: Ms. Morton

FROM: Cindy

COMPANY: Lucy Elementary

DATE: 9|25|2020

FAX NUMBER: (901) 416-1001

TOTAL NO. OF PAGES INCLUDING COVER: 42 including blanks (due to double sided) docs

PHONE NUMBER: (219) 791-1400

RE: Record Request

☒ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Enclosed:

① Initial Evaluation & Master Treatment Plan

② Most current Master Treatment Plan

CONFIDENTIALITY NOTICE:
This fax information may contain legally privileged and confidential information intended only for the use of
the individual(s) named above. If you, the reader of this fax transmittal, are not the intended recipient, you are
hereby notified that you should not further disseminate, distribute, or forward this message. If you have
received this fax in error, please notify the sender immediately and destroy the original.

K.B. v. SCBE Due Process
000562



# Innovations In Learning PC.

## AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

RE: Kevin Bardwell

Client Name
2404 WHITNEY AVENUE, MEMPHIS, TN 38127
Street Address

NOVEMBER 5, 2012                    (901) 491-0417
Date of Birth                      Phone Number

The undersigned herby authorizes and request the release of confidential health information between Innovations In Learning and:

TO: LUCY ELEMENTARY SCHOOL          (901) 416-1000
Institution, Individual, Agency      Phone Number

NEW SCHOOL
Relationship to Individual

3232 BIRCHFIELD DRIVE, MEMPHIS, TN 38127
Street Address

### Description of Information to be Disclosed:

_____ Initial Evaluation                    _____ Medical Information
_____ Behavior Support Plan                  _____ Discharge Summary
_____ Treatment Plan                         _____ Progress in Treatment
_____ Diagnostic Assessment Report            X   Entire Record
Other: _____

### Purpose:

The purpose of this disclosure of information is to improve assessment and treatment planning, share information relevant to treatment, and to coordinate treatment services with other providers.

### Revocation and Expiration:

I fully understand that my medical record contains confidential physical, mental health, substance abuse, and/or HIV/AIDS information compiled in the course of my treatment. The medical records and/or information authorized to be disclosed above are privileged and confidential and may be disclosed only on my authorization, as required by law.

I understand that I have the right to revoke this authorization, at any time, by sending written notification to Innovations In Learning. This authorization expires in 60 days after services have been terminated or until all financial responsibilities have been satisfied. Unless otherwise revoked, this authorization expires on  9/25/2021 .

### Form of Disclosure:

Unless you have specifically requested in writing that the disclosure be made in a certain format, we reserve the right to disclose information as permitted by this authorization in any manner that we deem to be appropriate and consistent with applicable law, including, but not limited to, verbally, in paper format, or electronically.

This information is disclosed from records protected by federal confidentiality rules. The federal rules prohibit any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or psychological information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse.

Client/Guardian Signature                    Witness Signature

Date: 9/25/2020                              Date: 9/25/2020

v:\forms\consents and releases\release of information.doc Revised: 08/01/2014

Exhibit Page 4 of 67

K.B. v. SCBE Due Process
000563



**Innovations** ᴵⁿ **Learning** ᴘᴄ

## Initial Diagnostic Evaluation and Master Treatment Plan

**Name:** Kevin Bardwell

**Date of Birth:** 11/05/2012

**Date of Initial Evaluation:** 08/07/2018

**Age:** 5

### Reason for Referral:

Kevin was referred for services by his mother to address his significant delays in language and social skills and his problematic behaviors including fleeing and tantrums.

### Identifying Information:

Kevin is a 5 year old African American male diagnosed with Autism. Kevin lives in Gary with his biological mother, Antoinette Brandy, and 5 siblings Christopher (13), Janiah (12), Ja'Aliyah (10), Kev'von (7) and Ka'Aliyah (3). Kevin completed the preschool program through Bethune and currently receives speech and occupational therapy through Omni 41.

### Background Information:

Ms. Brandy reported that her pregnancy with Kevin was normal and he was born without complications. Kevin did not make eye contact as a baby and Ms. Brandy stated that she became concerned with his development when he showed no interest in her when she returned home from work. Kevin met all of his gross motor skills on time, but is not yet toilet trained. Kevin never babbled and he said his first word at age 4. He can now say approximately 10 words, usually when echoing someone or labeling a reinforcing item in the environment. He does not use vocal speech to ask for what he needs, he continues to point or pull people to items. At age 2, Ms. Brandy, then living in Nebraska, took Kevin to an early childhood program where they provided home school services. His family then moved to Indiana where Kevin was evaluated and attended the special needs preschool program at Miller Elementary school. Kevin's family then moved to Gary and Kevin transferred to Bethune Preschool in a special needs classroom. Ms. Brandy reported that Kevin did well in school, but required intensive teaching to stay on task. Kevin does not initiate social interactions but will imitate actions of others. He plays with most toys as designed but does not engage in any pretend play. He does engage in lining up items such as toys, tissue boxes,and pieces of candy when his mom buys bags of it. Kevin engages in repetitive behaviors such as humming and covering his ears and jumping in one place. These behaviors occur in all environments. Ms. Brandy reports that Kevin shows rigidity in the storing of his toys and does not want other people to touch them. If others touch or remove his toys he will engage in tantrum behavior that includes screaming, crying, jumping, and grabbing the items. He also engages in these behaviors if he is not allowed to shut the door of any room he is in. Ms. Brandy also reported that Kevin flees in the community, and has attempted to crawl through people's legs

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791·1400

Exhibit Page 5 of 67

K.B. v. SCBE Due Process
000564

while waiting in line at the grocery store. Ms. Brandy denied any family history of mental health, substance abuse, or abuse and neglect. No signs were witnessed at time of the intake.

## Treatment History:

Kevin was diagnosed with Autism on 12/6/17 by his neurologist, Dr. Magno. Kevin passed a hearing test at 2 years of age.

### Medical Information:

Kevin passed a hearing test at 2 years of age. He has no medical diagnoses, nor is he prescribed any medications.

### Medications:

Kevin is not prescribed any medication, nor has he been in the past.

### Primary Care Physician: Dr. Iyer

*Date of Most Recent Evaluation:* 08/01/2017

### Psychiatrist:

*Date of Most Recent Evaluation:*

### Other: Dr. Magno

*Date of Most Recent Evaluation:* Not obtained at time of intake

## Risk Factors:

History of Assault/Violent behavior: ☐ yes ☒ no

Current Assault/Violent behavior:

☒ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of suicidal ideation: ☐ yes ☒ no

Current thoughts/risk of suicide

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

K.B. v. SCBE Due Process
000565

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of homicidal ideation:   ☐ yes ☑ no

Current homicidal ideation

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of drug or alcohol abuse: ☐ yes ☑ no

Current risk of abuse

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of abuse/neglect:   ☐ yes ☑ no

Current risk of abuse/neglect

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information, include crisis plan

History of trauma:   ☐ yes ☑ no

Current risk of trauma

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information, include crisis plan

History of legal problems:   ☐ yes ☑ no

Current risk of legal problems

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information, include crisis plan

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

K.B. v. SCBE Due Process
000566

### Behavioral Observations:

Kevin stood by his mother and sister in the waiting area. The therapist approached and greeted him by name, he made eye contact quickly but did not respond. He reached for the therapist's hand and allowed her to lead him to the therapy room. He immediately scanned toys in the intake room. He selected the car bin and began lining the cars up in 3 rows. He held one up and said "Car. Once he lined up all of the cars, he began exploring all of the shelves in the office. His sister began playing with a musical toy and Kevin tried to take it out of her hand. She began to cry and Kevin started screaming and grunting. Ms. Brandy told Kevin to share the toy with his sister, he let go and ran to his mom who immediately hugged him and told him he was okay. This same situation occurred several times throughout the session, he ran to his mother for a hug each time. Kevin began playing with the musical toy that has an option to drop coins in and they slide out the other side. Kevin repeatedly engaged in this behavior, each time the coins rolled out, Kevin went to his mother and clapped his hands. She would say "big boy" and he would start the process over. This same behavior chain lasted for approximately for 20 minutes. Kevin made grunting noises throughout the session, but never said any words but "car" the one time. During the tour of the center, Kevin ran to toys and began taking them off of shelves. He did not respond to his mother's instructions to put toys back, and required prompts to do so. At the end of the interview, the therapist said goodbye to Kevin. He required a prompt from his mother to say "bye bye".

### Summary and Recommendations:

Kevin is a 5 year old male diagnosed with Autism referred for services to address his significant delays in language and social skills, and problematic behavior such as tantrums and fleeing.

Diagnostic Impression: The DSM 5, behavioral observation, collateral review, and personal interview were utilized to determine the following diagnostic information:

Primary Diagnosis:

F84.0 Autism Spectrum. Social communication requiring very substantial support (Level 3). Restricted, repetitive behaviors requiring substantial support (Level 3). With accompanying language impairment-few words, language not functional

### Master Treatment Plan

The following goals and objectives are provided to direct treatment as determined by Kevin's clinical diagnosis and behavioral needs.

Target 1 - Increase Functional Communication

Goal 1: Complete Communication Assessment

Recommended Intervention:

To be implemented during Intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Page 4 of 10

Exhibit Page 8 of 67

K.B. v. SCBE Due Process
000567

Objective 1:

Complete VB MAPP and ABLLS assessment.

Objective 2:

Create specific communication goals based on VBMAPP and ABLLS evaluation.

### Goal 2: Increase Mands

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will independently mand for items/activities 90% of the time for 3 consecutive months.

Objective 2: Kevin will mand for at least 20 different items/activities independently.

### Goal 3: Increase Tacts

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will label 100 pictures of common items.

### Goal 4: Increase Listener Responding

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will follow at least 10 directions out of context.

### Goal 5: Increase Intraverbals

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will fill in 2 words/phrases for 6 songs.

Target 2 - Increase Social Skills

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Exhibit Page 9 of 67

K.B. v. SCBE Due Process
000568

**Goal 1:** Increase Peer Interaction

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

**Objective 1:**

Kevin will sit appropriately next to peers for 10 consecutive minutes for 3 consecutive days.

Target 3 -

**Goal 1:** Increase Daily Living Skills

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

**Objective 1:**

Kevin will independently enter the building and put his backpack away without engaging in problematic behaviors for 5 consecutive days.

**Goal 2:** Increase Group skills

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

**Objective 1:** Kevin will sit independently in a group setting for 5 consecutive minutes for 10 consecutive days.

Target 4 -

**Goal 1:**

Decrease Problematic behavior

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Exhibit Page 10 of 67

K.B. v. SCBE Due Process
000569

mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1:

Kevin will engage in no more than 1 tantrum per day for 10 consecutive days.

Objective 2:

Kevin will engage in no more than 1 instance of fleeing per day for 10 consecutive days.

Goal 2:

Increase Replacement behaviors

**Recommended Intervention:**

To be implemented during Intensive ABA therapy sessions for 35 hours a week.

Objective 1:

Kevin will request the item/activity that he wants independently 90% of the time for 3 consecutive months. Replacement for tantrums and fleeing.

Target 5 –

Goal 1:

Parent Training

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 0.5 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1:

Kevin will engage in no more than 1 tantrum at home for 1 month. Parent sessions will increase parents awareness of functions of problem behaviors and appropriate interventions to be used at home through use of video recordings, modeling procedures, and interactive family sessions.

Objective 2:

Kevin will independently request at least 20 items/activities at home. Sessions will teach parents procedures for increasing functional communication at home and in the community through modeling, video review, and interactive sessions.

Goal 2:

Coordination with other service providers.

**Recommended Intervention:**

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

K.B. v. SCBE Due Process
000570

To be completed on a quarterly basis as needed.

Objective 1:

Supervising therapist will contact speech and occupational therapists at Omni 41 within 30 days of Kevin starting services to begin coordination.

Target 6 -

Goal 1:

Services to be provided.

Objective 1:

Kevin will receive intensive ABA services including 1:1 therapy, protocol modification and supervision by a BCBA, parent training, service coordination, and data review and entry.

| CODE | Hours/Units Requested: 26 weeks - 08/20/2018 to 02/15/2019 |
|------|------------------------------------------------------------|
| 96152 | 35 HOURS PER WEEK = 140 UNITS A WEEK X 26 WEEKS = 3640 UNITS |
| 96151 | 4.5 HOURS PER WEEK = 18 UNITS A WEEK X26 WEEKS = 468 UNITS |
| 96155 | 0.25 HOURS PER WEEK = 1 UNITS A WEEK X 26 WEEKS = 26 UNITS |
| 96154 | 0.25 HOURS PER WEEK = 1 UNITS A WEEK X 26 WEEKS = 26 UNITS |
| | HOURS PER WEEK = UNITS A WEEK X WEEKS = UNITS |

Treatment Modality:

Intensive ABA therapy is provided in the clinic setting. Individual sessions are conducted by Behavior Technicians holding RBT certification . Protocol modification is completed by an BCaBA and BCBA

**Transition Criteria**:

Kevin 's progress will be evaluated on a weekly basis. Once Kevin is able to independently transition from desired activities, complete daily skills tasks independently, ask and answer questions, follow multiple step directions, completes a skill level in the Level 3 of the VB MAPP, and shows significant decrease in problematic behaviors, clinic hours will be reduced and a transition to a less restrictive learning environment will be completed. The transition

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Page 8 of 10

K.B. v. SCBE Due Process
000571

procedure is as follows:

1. Supervising therapist will complete the Transition and Barriers assessment in the VB MAPP to help guide the transition process.

2. Supervising therapist will conduct a parent session to discuss transition time line.

3. Supervising therapist and parent will contact school 6 months prior to the estimated transition date.

4. Supervising therapist will coordinate services with the school including school visits and meeting to ensure behavior supports are appropriately in place.

5. Supervising therapist will provide ongoing coordination with the school and parent during the beginning of the school transition to ensure success.

## Discharge Criteria:

1. Kevin will mand for items/activities he needs 90% of the time unprompted for 3 consecutive months.

2. Kevin will follow directions from a group leader independently 90% of the time for 3 consecutive months.

3. Kevin will answer at least 4 questions regarding personal information independently.

4. Kevin will independently follow a schedule including transitions 100% of the time for 2 consecutive months.

## Crisis Plan:

If Kevin engages in physical aggression, self-injurious, or tantrum behavior that is continuous or behaviors accelerate to a level where harm to self or others is imminent "care team" will be called over the intercom system. All members of the "care team" have been specifically trained to deal with possibly dangerous behaviors and those will be implemented by trained staff only.

## Justification of Intensity of Services:

**Kevin displays serious delays in his ability to communicate, to interact with others, and to form peer relationships. He exhibits problematic behaviors in all environments which can cause harm to himself and others. These delays and behavioral issues currently and will continue to inhibit his ability to learn and function in both school and community settings and to form social relationships. Intensive ABA services are requested and recommended to address Kevin's therapeutic needs at this time.**

_Director of ABA Services_, LMHC, BCBA

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Page 9 of 10

K.B. v. SCBE Due Process
000572

08/07/2018

☒I, the HSPP overseeing this case, have reviewed the medical information for this individual and I certify that medical necessity is met.

Bridget M. Harrison, PhD, HSPP, BCBA-D

Supervising Psychologist

08/07/2018

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Page 10 of 10

K.B. v. SCBE Due Process
000573



## Semi- annual Diagnostic Evaluation and Master Treatment Plan

Name: Kevin Bardwell
Date of Birth: 11/05/2012
Age: 7

Date of Initial Evaluation: 08/07/2018
Date of Annual: 7/15/2019
Date of Update: 1/14/2020

### Reason for Referral:
Kevin was referred for services by his mother to address his significant delays in language and social skills and his problematic behaviors including fleeing and tantrums. Kevin continues to engage in daily problematic behaviors including: tantrum, physical aggression, and flopping. Kevin is still displaying delays in functional communication as he is only able to mand for 50 different items using 1-word mands. He has difficulty forming peer relationships due to high rates of problematic behaviors and a minimal mand repertoire.

### Identifying Information:
Kevin is a 7-year-old African American male diagnosed with Autism. Kevin lives in Gary with his biological mother, Antoinette Brandy, and his 5 siblings Christopher, Janiah, Ja'Aliyah, Kev'von , and Ka'Aliyah. Kevin completed the preschool program through Bethune.

### Treatment Summary:
Kevin began ABA services on September 11, 2018. He receives approximately 37.5 hours of ABA therapy per week. Services continue to include 1:1 therapy by a registered behavior technician, weekly supervision, protocol modification, and data assessment by a supervising therapist and BCBA, and monthly parent training. Kevin attends consistently 98% of scheduled services. Kevin's mother attended 100% of scheduled parent sessions. In June, Kevin's mother did not complete any homework assigned.

Kevin's current program focuses on increasing functional communication, increasing social and play skills, and decreasing problematic behavior. In June 2019, Kevin had an increase in behaviors. Due to the increase in behaviors, target goals were held. In August 2019, Kevin had a decrease in behaviors and target goals were reintroduced. In August, Kevin was working on completing mastered demands and tasks on an FI of 2 minutes. Kevin has mastered working on mastered demands and tasks at the table and is currently working on ITT goals at a FI of 3 minutes. In August 2019, Kevin mastered following group instruction in a group setting. Kevin is currently working on attending and discriminating in a group setting. In mid-August accepting "no" from a peer and appropriately asking a peer for an item within a group setting was introduced to increase Kevin's social interaction. Kevin is making significant process in appropriately asking a peer for an item. Since the last treatment plan Kevin was able to mand for an average of 50 times a day. In December 2019, Kevin was able to independently mand an average of 69 times per day. Kevin is currently able to communicate using 1-word mands. Kevin still requires prompting and shaping to help with clarity of his commutation.

Problematic behaviors continue to be a significant barrier, and strategies are in place to decrease behaviors in group and 1:1 settings. Kevin currently engages in tantrum and refusal behaviors in locations when denied access to items. The frequency of tantrums occurs at low rates however, the duration is continuing to occur at high rates. Beginning in September 2019, refusal was tracked in all locations. After the modification, an increase was seen in refusal frequency and duration. Accepting "no" continues to be tracked as a replacement behavior to address Kevin's high rates of behaviors that serve as an access function.

K.B. v. SCBE Due Process
000574

## DSM 5

Diagnostic Impression: GARS score 106 (7/15/19) The DSM 5, VBMAPP Milestone score 85.5 (10/18/2019) behavioral observation, collateral review, and personal interview were utilized to determine the following diagnostic information:

Primary Diagnosis F84.0 (299.00) Autism Spectrum Disorder. Social communication requiring very substantial support (Level 3). With accompanying language impairment-few words, language not functional.

**Risk Factors:**

History of Assault/Violent behavior: ___X___ yes _____ no
Current Assault/Violent behavior:
_____ None (1) _X____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

*Kevin engages in physical aggression that has the potential to cause tissue damage.

History of suicidal ideation: _____ yes ___x___ no
Current thoughts/risk of suicide
__x___ None (1) _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of homicidal ideation: _____ yes ___x___ no
Current homicidal ideation
__x___ None (1) _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of drug or alcohol abuse: _____ yes ___x___ no
Current risk of abuse
__x___ None (1) _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of abuse/neglect: _____ yes ___x___ no
Current risk of abuse/neglect
__x___ None (1) _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of trauma: _____ yes ___x___ no
Current risk of trauma
__x___ None (1) _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of legal problems: _____ yes ___x___ no
Current risk of legal problems
__x___ None (1) _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

**Medical Information:**
Kevin has no medical diagnoses, nor is he prescribed any medications.

Primary Care Physician: Dr. Iyer
   *Date of Most Recent Evaluation: 07/22/19.*
Neurologist: Dr. Mango
   *Date of Most Recent Evaluation: unknown*

**Treatment Goals:**
Target 1- Increase Functional Communication
   Goal # 1: Increase Mands

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 2 of 18

Exhibit Page 16 of 67

K.B. v. SCBE Due Process
000575

Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will average 80% or higher unprompted mands for 1 month.
Objective 2: Kevin will average a total of 150 one-word prompted and unprompted mands per day for 1 month.
Current progress: In July 2019, Kevin's target behaviors decreased therefore, allowing Kevin to attend more groups. Throughout Kevin's day there was a decrease in manding opportunities due to attending more scheduled groups. In November 2019, Kevin's schedule was updated to increase manding opportunities. Kevin still requires a significant amount of prompting to help with clarity for words. In December 2019, Kevin had an average of 75% unprompted mands per month. Kevin is currently averaging 91 one-word mands daily.



Total Combined Frequency Prompted and Unprompted Mands

Kevin Bardwell



Future Goals:
Objective 1: Kevin will average 90% or higher unprompted mands for 1 month.

8200 Georgia Street                                              Kevin Bardwell
Merrillville, IN                                                    1/14/2020
(219) 791-1400

Page 3 of 18

Exhibit Page 17 of 67

K.B. v. SCBE Due Process
000576

Objective 2: Kevin will average a total of 200 one-word prompted and unprompted mands per day for 1 month.

Goal #2: Increase Listener Responding Skills
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will discriminate between 10 sets of adjectives.
Objective 2: Kevin will select 20 pictures representing actions in array of 3.
Current Progress: In August 2019, Kevin's individual ITT targets were reintroduced at the table. Since the reintroduced of goals significant progress in listener responding, mastering 75 goals and 3 objectives. Since the last treatment plan Kevin has mastered listener responding review in September 2019. Kevin has also mastered going to a specific person and getting an item from 4 people and demonstrating pretend actions. Kevin is currently working on selecting actions and selecting adjectives. Kevin is currently making significant process on his current goals.

## Listener Responding

### Kevin Bardwell



Future Goals:
Objective 1: Kevin will select items by their class for at least 5 items.
Objective 2: Kevin will select items when given 6 different prepositions.

Goal #3: Increase Tact Skills
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will generalize labeling on-going actions 90% successful or higher for 3 consecutive days.
Objective 2: Kevin will fluently label 10 pictures in 20 seconds.
Current Progress: Since the last treatment plan, Kevin has mastered 66 tact goals, 2 objectives, and tacting review. Kevin mastered labeling on-going actions, labeling common actions seen in pictures, and labeling parts of objects. Kevin's currently working on generalizing labeling on-going actions. For the month of December, Kevin averaged 72% correct for labeling on-going actions.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 4 of 18

K.B. v. SCBE Due Process
000577

# Tacts
### Kevin Bardwell



## % Correct Generalizing labeling ongoing actions
### Kevin Bardwell



**Future Goals:**
Objective 1 Kevin will label at least 20 adjectives independently.
Objective 2: Kevin will label at least 10 auditory stimuli.

Goal#4: Increase Intraverbal Skills
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will provide fill-ins for 20 associated items using multiple responses.
Objective 2: Kevin will fill in the function of an item for 20 items.

8200 Georgia Street                                    Kevin Bardwell
Merrillville, IN                                       1/14/2020
(219) 791-1400

Exhibit Page 19 of 67

K.B. v. SCBE Due Process
000578

Current Progress: Since the last treatment plan Kevin has mastered 36 intraverbal targets and one objective. Kevin has mastered filling in words describing common activities and filling in personal information. He is currently working on filling in associated items providing more than 2 responses and filling in an item when the function of the item is given.

# Intraverbals

## Kevin Bardwell



Future Goals:
Objective 1: Kevin will independently answer 50 what questions regarding the function.
Objective 2: Kevin will independently answer 30 where questions regarding items found in the home and classroom.

Goal#5: Increase Echoic Goals
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will imitate 100 words.
Current Progress: In September 2019, echoics were reintroduced. Since echoics were reintroduced, Kevin has mastered 6 echoic targets. When assessing echoics Kevin baselined 9 words that could be heard clearly by a novel person. Kevin continues to struggle with the clarity for words and phrases. To assist with Kevin's clarity of words speech therapy was recommended to Kevin's mom.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 6 of 18

Exhibit Page 20 of 67

K.B. v. SCBE Due Process
000579

# Echoics

### Kevin Bardwell



Jul 19    Aug 19    Sep 19    Oct 1    Nov 19    Dec 19

● Monthly Count    ~ Total Count    Linear Regression

Future Goals:
Objective 1: Kevin will imitate 6 phrases using 3 or more words independently.

Goal#6: Increase Visual Performance Goals
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Current Progress: No current objectives. In June 2019, Kevin's visual performance goals were held to focus on barriers and increase skill in other areas of tacts, intraverbal, and listener responding operants. Progress on Kevin's writing goals will be reported in the next treatment plan.

Future Goals:
Objective 1: Kevin will copy letters A to Z.
Objective 2: Kevin will copy numbers 1-20.

Goal#7: Increase Motor Imitation Goals
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Current Progress: No current objectives. In October 2019, Kevin mastered motor imitation during ITT. Kevin is currently working on generalizing motor imitation naturally during NET and groups.

Target 2 – Increase Play Skills
Goal#1- Increase appropriate play with peers.
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will tell a peer it is their turn an average of 90% independently or higher for 5 consecutive days.
Objective 2: Kevin will wait for peer to take their turn without touching the stimuli an average of 90% independently or higher for 5 consecutive days.
Objective 3: Kevin will respond independently when his peer tells him to take his turn an average of 90% or higher for 5 consecutive days.

8200 Georgia Street                                  Kevin Bardwell
Merrillville, IN                                     1/14/2020
(219) 791-1400

Page 7 of 18

K.B. v. SCBE Due Process
000580

Current progress:  In October 2019, a structured game with a peer was introduced. During structured game time, Kevin is working on telling a peer that it is their turn, waiting for peer to take their turn without touching the stimuli, and responding when the peer tells him it's his turn. In November 2019, the program was modified to allow Kevin and his peer take turns picking the game that is played. The data showed a decreasing trend since that modification was put into place. An assessment will be completed to address the decrease and add a variety of peers that Kevin can pick from to play the structured game with.

% successful trials of telling peer that it is their turn



% successful trials of waiting for peer to take turn without touching stimuli



8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 8 of 18

K.B. v. SCBE Due Process
000581

% successful trials of responding to peer saying it's your turn

Kevin Bardwell



● Baseline  ● Intervention  ● Generalization  ● Maintenance  ○ Phase Change

Future Goals:

Objective 1: Kevin will respond to mands from peers during a structured game time with a peer an average of 90% independently or higher for 5 consecutive days.

Objective 2: Kevin will mand to peers 90% independently or higher for 5 consecutive days during a structured game time with peer.

Objective 3: Kevin will wait for a peer to take a turn without touching stimuli during a structured game time with peer 90% of the time or higher for 5 consecutive days.

Target 3- Increase Social Skills and Group Skills

Goal #1: Increase Group Skills.

Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will attend 90% of the time or higher in circle and academic groups for 3 consecutive days.

Objective 2: Kevin will follow directions using discrimination 90% of the time on circle and academic groups for 3 consecutive days.

Objective 3: Kevin will wait without touching in a group setting 90% or higher for 10 consecutive days.

Objective 4: Kevin will mand to his peers in a group setting 90% or higher for 5 consecutive days.

Current progress: In December 2019, Kevin mastered the group he was attending and was moved to a higher-level group. Kevin is currently working on attending and discriminating during circle and academic groups. In September 2019, Kevin began attending weekly reader group. In the weekly reader group, Kevin has mastered following group instructions and is currently working on waiting without touching materials until instructed. Kevin is currently working on manding to peers in a group setting. In December 2019, there was a low collection of data. The group was modified to increase the number of trials collected during the group.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Exhibit Page 23 of 67

K.B. v. SCBE Due Process
000582

% successful attending trials during academic group
Kevin Bardwell



% successful Discrimination trials during academic group
Kevin Bardwell



% Successful Attending trials during circle group
Kevin Bardwell



8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 10 of 18

Exhibit Page 24 of 67

K.B. v. SCBE Due Process
000583

SEP-28-2020 12:37  From:2197911422  Page:33/48

### % Successful Discrimination trials during circle group
Kevin Bardwell



● Baseline  ● Intervention  ● Generalization  ● Maintenance  ○ Phase Change

### % Successful Trials of Waiting for 5 seconds without Touching
Kevin Bardwell

### % Unprompted trials of Mands to Peers
Kevin Bardwell



● Baseline  ● Intervention  ● Generalization  ● Maintenance  ○ Phase Change

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 11 of 18

Exhibit Page 25 of 67

K.B. v. SCBE Due Process
000584

Future Goals:
Objective 1: Kevin will initiate appropriate peer interaction 90% or higher for 5 consecutive days.

Goal #2: Increase Social Skills.
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: In a group setting, Kevin will accept "no" from a peer 90% of the time or higher for 10 consecutive days.
Objective 2: In a group setting, Kevin will appropriately ask a peer for an item 90% of the time or higher for 10 consecutive days.
Current Progress: In September 2019, social interaction goals during a daily living group skills time were introduced. Kevin is currently asking a peer appropriately for an item 55% of the time. Kevin is currently working on accepting no from a peer. In December 2019, accepting no from siblings at home was introduced as a homework goal. Since the introduction of the goal at home, there has been a decrease in the % of successful trials of accepting "no" from a peer. Kevin's progress on the goal will continue to be monitored.



Appropriately asking a peer for an item % Successful
Kevin Bardwell



Accepting No from a peer % Successful
Kevin Bardwell

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 12 of 18

Exhibit Page 26 of 67

K.B. v. SCBE Due Process
000585

Future Goals:

Objective 1: In a group setting, Kevin will respond to mands from peers 80% of the time or higher for 5 consecutive days.

Target 4- Increase Cooperation

Goal #1: Increase ability to complete table sessions without target behaviors.

Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will complete 10 minutes table sessions with reinforcement every 2 minutes without target behaviors 90% of the timer or higher for 10 consecutive days.

Current Progress: Since the last treatment plan update, behaviors have decreased at the table. In July 2019, Kevin begin working at the table an FI of 2 minutes then receiving 2 minutes of reinforcement. This included mastered demands and tasks. In September 2019, Kevin's table program was modified to include completing 3 cycles of ITT and 1 cycle of tasks. In December 2019 Kevin mastered that table goal. Kevin is currently, working for 6 minutes before receiving 2 minutes of reinforcement with only ITT presented throughout the table session. The tasks at the table were discontinued.

% Successful Tables (FI 3 minutes, R+ 2 min) ITT only

Kevin Bardwell



🔵 Baseline  🔵 Intervention  🔵 Committee Line  🔵 Maintenance  ⭕ Mass Change

Target 5- Parent Training and Treatment Coordination

Goal #1: Increase parent's ability to appropriately respond to problematic behaviors and teach functional skills.

Recommended Intervention: To be completed in monthly parent sessions or as needed. Parents will learn strategies to collect data and run behavior procedures at home through the use of video recordings, role play, and interactive family sessions

Objective 1: Kevin's parent will attend 2 group parent trainings per year and meet competency at 80% or higher on presented materials.

Objective 2: Kevin's parent will run the accepting "no" procedure with 100% treatment integrity, resulting in Kevin hearing "no" and selecting an alternate activity without problematic behaviors 90% or higher of the time for 10 consecutive days.

Objective 3: Kevin's parents will run a taking turns procedure with his siblings with 100% treatment integrity resulting in Kevin taking turn with his siblings without problematic behavior 90% or higher of the time for 10 consecutive days.

8200 Georgia Street                                    Kevin Bardwell
Merrillville, IN                                       1/14/2020
(219) 791-1400

Page 13 of 18

K.B. v. SCBE Due Process
000586

Current progress: Kevin's mother attended 100% of parent sessions. Treatment integrity has been completed during parent sessions with an IOA of 100%. Since the last treatment plan Kevin's mother has not consistently turned in homework. Kevin's mother has been made aware of the requirements for completing 100% of homework assigned and attending monthly parent sessions. There have been three group parent training opportunities since the initial evaluation was completed, Kevin's mother has not attended a parent training this calendar year.

Accepting NO Treatment Integrity during parent sessions
%Accurate
Kevin Bardwell



Target 6 – Services
    Goal #1: Services to be provided
    Objective 1: Kevin will receive intensive ABA services including 1:1 therapy, protocol modification and supervision of therapist by supervisor, parent training, service coordination, and data review and entry. Services per week:

| Code | Hours/Units Requested: February 15, 2020 to August 15, 2020. |
|------|-------------------------------------------------------------|
| 97151 | 16 hours for a 6-month period = 64 units |
| 97153 | 26.25 hours per week = 105 units per week for 26 weeks = 2730 units |
| 97154 | For 6-month period= 670 units |
| 97155 | 3.5 hours per week = 14 units per week for 26 weeks = 364 units |
| 97156 | 0.5 hours per week = 2 units per week for 26 weeks = 52 units |
| 97157 | 5 hours per 6-month period = 20 units |

Target 7- Behavior Goals
    Goal #1- Decrease Tantrum Behavior
    Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 14 of 18

K.B. v. SCBE Due Process
000587

Objective 1: Decrease tantrum behavior to an average of less than 1 instance per day for 3 consecutive months with an average duration of 3 minutes or less per day each month for 3 consecutive months. Current progress: Since last treatment plan Kevin's tantrums frequency continues to occur at low rates. However, the duration of the tantrum is still occurring longer than 3 minutes at a high intensity. Kevin engages in tantrum behaviors when denied access. An accepting "no" procedure was introduced as a replacement behavior in May 2019.





Goal #2- Decrease Refusal Behavior

  Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

  Objective 1: Decrease refusal behavior to an average of less than 1 instance per day an average duration of 10 minutes or less per day for 3 consecutive months. Current progress: In October 2019, the tracking of Kevin's refusal behaviors has been modified to

8200 Georgia Street             Kevin Bardwell
Merrillville, IN               1/14/2020
(219) 791-1400

Exhibit Page 29 of 67

K.B. v. SCBE Due Process
000588

be tracked in all locations. Since the modification of tracking there has been an increase in refusal behaviors.



Refusal Frequency
Kevin Bardwell



Refusal Duration
Kevin Bardwell

Goal #3: Increase Functional Replacement Behavior
   Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

8200 Georgia Street                                         Kevin Bardwell
Merrillville, IN                                            1/14/2020
(219) 791-1400

Exhibit Page 30 of 67                          K.B. v. SCBE Due Process
                                                                000589

Objective 1: Kevin will accept "no" without the presence of target behaviors when denied access to preferred items, activities, or locations 90% or higher of the time for 2 consecutive months.
Current Progress: Kevin is currently working on accepting "no" and choosing an alternative item in all locations. He is currently averaging 89% successful trials of accepting "no" in the month of December.

% Successful Accepting No Trials

Kevin Bardwell



Treatment Modality:
Intensive ABA therapy is provided in the clinic setting. Individual sessions are conducted by Behavior Technicians. Protocol modification is completed by a BCBA under the supervision of a BCBA. Behavior Technicians receive at least a half of an hour of clinical oversight from a BCBA.

Transition Criteria:
Kevin's progress continues to be evaluated on a weekly basis and the VB-MAPP will be reassessed Bi- annually. Target date for transition to a less restrictive environment is August 2020. In order for Kevin to make a successful transition from intensive ABA services, it is recommended that services continue at the current rate until a full transition is deemed appropriate. Kevin's program goals will begin to reflect skills needed to make a successful transition to a less restrictive environment.

Goal #1: Reassess Barriers Assessment (VB-MAPP) by April 2020.
Goal #2: Reassess Transition Assessment (VB-MAPP) by April 2020.
Goal #3: Reassess Milestones Assessment (VB-MAPP by April 2020.
Goal #4: Supervising therapist will meet in January 2020 to determine appropriate placement and ensure parents request an IEP and BIP.
Goal #5: Supervising therapist will coordinate services with school, attend IEP's, and assist with BIP.

Discharge Criteria:
1. Kevin will engage in age appropriate activities such as, gross motor play and toy play with peers independently 90% of the time or higher.
2. Kevin will independently follow multiple step instructor directions in an individual and a group setting 90% of the time or higher for 3 consecutive months.
3. Kevin will work for 20 minutes without requiring reinforcement at the table.
4. Kevin will have 3 or less incidents and an average of less than 1 minute of current problematic behavior for 2 consecutive months.

8200 Georgia Street                                    Kevin Bardwell
Merrillville, IN                                        1/14/2020
(219) 791-1400

Exhibit Page 31 of 67

K.B. v. SCBE Due Process
000590

Crisis Plan: If Kevin engages in physical aggression, self-injurious, or tantrum behavior is continuous or behaviors accelerate to a level where harm to self or others is imminent "care team" will be called over the intercom system. All members of the "care team" have been specially trained to deal with possibly dangerous behaviors and those available will respond immediately to the call to provide required support to the client in crisis. PCM interventions will be implemented by trained staff only.

Justification for Intensity of Services:

Kevin displays significant developmental delays in his ability to communicate, to interact with others, and to form peer relationships. These delays currently and will continue to inhibit his ability to learn and function in both school and community settings. Intensive ABA services are requested and recommended to address Kevin's therapeutic needs at this time until his transitions to a less restrictive environment.


Felicia Jackson, M.A., RBT

Alyssa Warn, BCBA


I, the HSPP overseeing this case, have reviewed the medical information for this individual and I certify that medical necessity is met.


Bridget M. Harrison, PhD, HSPP, BCBA-D


8200 Georgia Street                                    Kevin Bardwell
Merrillville, IN                                        1/14/2020
(219) 791-1400

Page 18 of 18

K.B. v. SCBE Due Process
000591

## VB-MAPP
## Master Scoring Form

| Child's name: | Kevin Bardwell |
| Date of birth: | 11/5/12 |
| Age at testing: | 1) 5 | 2) 6 | 3) 6 | 4) |

| Key: | Score | Date | Color | Tester |
|------|-------|------|-------|--------|
| 1st test: | 54.5 | 11/15/18 | | AD |
| 2nd test: | 62.5 | 4/8/19 | | AD |
| 3rd test: | 83.5 | 10/18/2019 | | FJ |
| 4th test: | in progress | | | |

### LEVEL 3



### LEVEL 2



### LEVEL 1



Copyright 2007-2008 Mark L. Sundberg

K.B. v. SCBE Due Process
000593

VB-MAPP
Language Barriers Scoring Form



| Key: | Score | Date | Color | Tester |
|------|-------|------|-------|--------|
| 1st test: | 49 | 11/15/18 | | AD |
| 2nd test: | 41 | 4/6/19 | | AD |
| 3rd test: | 30 | 10/18/2019 | | FJ |
| 4th test: | In progre | | | |

Child's name: Kevin Bardwell
Date of birth: 11/5/12
Age at testing: 1 5 2 6 3 6 4

K.B. v. SCBE Due Process
000594

VB-MAPP
Language Barriers Scoring Form

1

K.B. v. SCBE Due Process
000595

Case 2:22-cv-02464   Document 1-5   Filed 07/18/22   Page 38 of 68   PageID 152

VB-MAPP
Transition Scoring Form

| Child's name: | Kevin Bardwell | | | | | | |

| Date of birth: | | | | | | | 11/5/2012 |

| Age at testing: | 1 | 5 | 2 | 6 | 3 | 6 | 4 |

| Key: | Score | Date | Color | Tester |
|------|-------|------|-------|--------|
| 1st test: | 37 | 11/15/18 | | AD |
| 2nd test: | 44 | 4/6/19 | | AD |
| 3rd test: | 56 | 10/18/2019 | | FJ |
| 4th test: | | | | |



K.B. v. SCBE Due Process
000596

SEP-28-2020 12:41   From:2197911422                                    Page:46/48

K.B. v. SCBE Due Process
000597

# Kevin's Schedule

Mands= 150

| | |
|---|---|
| 9:00-9:10 | Arrival/put things away eat breakfast in Classroom 1 |
| 9:10-9:20 | ITT-Probe all goals |
| 9:20-9:30 | NET- working across operants |
| 9:30-9:50 | Circle Classroom C |
| 9:50-10:00 | NET- working across operants |
| 10:00-10:10 | ITT |
| 10:15-10:30 | Academic Group Classroom C |
| 10:30-10:40 | ITT |
| 10:40-10:50 | Structured Game with LT |
| 10:50-11:00 | Independent Work then ITT |
| 11:00-11:10 | NET- working across operants |
| 11:20-11:40 | ITT |
| 11:40-11:50 | NET- working across operants |
| 11:50-12:00 | Generalization Time |
| 12:00-1:10 | Social Interaction Group Goal (Lunch & Recess)- collect data |
| 1:10-1:20 | ITT |
| 1:20-1:30 | Social Interaction Time-Classroom B with YanBen |
| 1:30-1:45 | Social Skills 2 (Gym) |
| 1:45-1:55 | ITT |
| 1:55-2:15 | NET- working across operants |
| 2:15-2:30 | Weekly Reader 1-Classroom 1 (arrive 5 minutes early to help set up) |
| 2:30-2:40 | ITT |
| 2:40-2:45 | NET- working across operants |
| 2:45-2:55 | Gather clients personal belongings/ write in communication book @ clients table |
| 2:55-3:05 | CHORE TIME |
| 3:05-3:15 | NET @ Table- LT should be interacting for the duration of this NET time |

If Kevin earns his stars and has successful groups flip flop NET and ITT. Go to NET first

On Tuesday's Music Group: 1:45PM



**Innovations**
In **Learning** PC

AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION

<span style="color:red">Exhibit Page 39 of 67</span>

K.B. V. SCBE Due Process
000598

RE:   Kevin Bardwell

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of homicidal ideation:   ☐ yes ☑ no

Current homicidal ideation

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of drug or alcohol abuse: ☐ yes ☑ no

Current risk of abuse

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information

History of abuse/neglect: ☐ yes ☑ no

Current risk of abuse/neglect

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information, include crisis plan

History of trauma:   ☐ yes ☑ no

Current risk of trauma

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information, include crisis plan

History of legal problems:   ☐ yes ☑ no

Current risk of legal problems

☑ None (1)   ☐ Low (2) ☐ Moderate (3) ☐ High (4) ☐ Extreme (5)

Anything above a one needs to have intervention information, include crisis plan

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Exhibit Page 40 of 67

K.B. v. SCBE Due Process
000599

## Behavioral Observations:

Kevin stood by his mother and sister in the waiting area. The therapist approached and greeted him by name, he made eye contact quickly but did not respond. He reached for the therapist's hand and allowed her to lead him to the therapy room. He immediately scanned toys in the intake room. He selected the car bin and began lining the cars up in 3 rows.He held one up and said "Car. Once he lined up all of the cars, he began exploring all of the shelves in the office. His sister began playing with a musical toy and Kevin tried to take it out of her hand. She began to cry and Kevin started screaming and grunting. Ms. Brandy told Kevin to share the toy with his sister, he let go and ran to his mom who immediately hugged him and told him he was okay. This same situation occurred several times throughout the session, he ran to his mother for a hug each time. Kevin began playing with the musical toy that has an option to drop coins in and they slide out the other side. Kevin repeatedly engaged in this behavior, each time the coins rolled out, Kevin went to his mother and clapped his hands. She would say "big boy" and he would start the process over. This same behavior chain lasted for approximately 20 minutes. Kevin made grunting noises throughout the session, but never said any words but "car" the one time. During the tour of the center, Kevin ran to toys and began taking them off of shelves. He did not respond to his mother's instructions to put toys back, and required prompts to do so. At the end of the interview, the therapist said goodbye to Kevin. He required a prompt from his mother to say "bye bye".

## Summary and Recommendations:

Kevin is a 5 year old male diagnosed with Autism referred for services to address his significant delays in language and social skills, and problematic behavior such as tantrums and fleeing.

Diagnostic Impression: The DSM 5, behavioral observation, collateral review, and personal interview were utilized to determine the following diagnostic information:

Primary Diagnosis:

F84.0 Autism Spectrum. Social communication requiring very substantial support (Level 3). Restricted, repetitive behaviors requiring substantial support (Level 3). With accompanying language impairment-few words, language not functional

## Master Treatment Plan

The following goals and objectives are provided to direct treatment as determined by Kevin's clinical diagnosis and behavioral needs.

Target 1 - Increase Functional Communication

Goal 1: Complete Communication Assessment

Recommended Intervention:

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Page 4 of 10

Exhibit Page 41 of 67

K.B. v. SCBE Due Process
000600

Objective 1:

Complete VB MAPP and ABLLS assessment.

Objective 2:

Create specific communication goals based on VBMAPP and ABLLS evaluation.

### Goal 2: Increase Mands

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for  35  hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will independently mand for items/activities 90% of the time for 3 consecutive months.

Objective 2: Kevin will mand for at least 20 different items/activities independently.

### Goal 3: Increase Tacts

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for  35  hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will label 100 pictures of common items.

### Goal 4: Increase Listener Responding

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for  35  hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will follow at least 10 directions out of context.

### Goal 5: Increase Intraverbals

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for  35  hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will fill in 2 words/phrases for 6 songs.

Target 2 - Increase Social Skills

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Exhibit Page 42 of 67

K.B. v. SCBE Due Process
000601

Goal 1: Increase Peer Interaction

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1:

Kevin will sit appropriately next to peers for 10 consecutive minutes for 3 consecutive days.

Target 3 -

Goal 1: Increase Daily Living Skills

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1:

Kevin will independently enter the building and put his backpack away without engaging in problematic behaviors for 5 consecutive days.

Goal 2: Increase Group skills

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will sit independently in a group setting for 5 consecutive minutes for 10 consecutive days.

Target 4 -

Goal 1:

Decrease Problematic behavior

**Recommended Intervention:**

To be implemented during intensive ABA therapy sessions for 35 hours a week. These objectives will be

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Exhibit Page 43 of 67

K.B. v. SCBE Due Process
000602

mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1:

Kevin will engage in no more than 1 tantrum per day for 10 consecutive days.

Objective 2:

Kevin will engage in no more than 1 instance of fleeing per day for 10 consecutive days.

Goal 2:

Increase Replacement behaviors

**Recommended Intervention:**

To be implemented during Intensive ABA therapy sessions for 35  hours a week.

Objective 1:

Kevin will request the item/activity that he wants independently 90% of the time for 3 consecutive months. Replacement for tantrums and fleeing.

Target 5 -

Goal 1:

Parent Training

**Recommended Intervention:**

To be implemented during Intensive ABA therapy sessions for  0.5  hours a week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1:

Kevin will engage in no more than 1 tantrum at home for 1 month. Parent sessions will increase parents awareness of functions of problem behaviors and appropriate interventions to be used at home through use of video recordings, modeling procedures, and interactive family sessions.

Objective 2:

Kevin will independently request at least 20 items/activities at home. Sessions will teach parents procedures for increasing functional communication at home and in the community through modeling, video review, and interactive sessions.

Goal 2:

Coordination with other service providers.

**Recommended Intervention:**

Kevin Bardwell

Initial Evaluation & MTP

Exhibit Page 44 of 67

K.B. v. SCBE Due Process
000603

To be completed on a quarterly basis as needed.

Objective 1:

Supervising therapist will contact speech and occupational therapists at Omni 41 within 30 days of Kevin starting services to begin coordination.

Target 6 –

Goal 1:

Services to be provided.

Objective 1:

Kevin will receive intensive ABA services including 1:1 therapy, protocol modification and supervision by a BCBA, parent training, service coordination, and data review and entry.

| CODE | Hours/Units Requested: 26 weeks – 08/20/2018 to 02/15/2019 |
|------|-----------------------------------------------------------|
| 96152 | 35 HOURS PER WEEK = 140 UNITS A WEEK X 26 WEEKS = 3640 UNITS |
| 96151 | 4.5 HOURS PER WEEK = 18 UNITS A WEEK X26 WEEKS = 468 UNITS |
| 96155 | 0.25 HOURS PER WEEK = 1 UNITS A WEEK X 26 WEEKS = 26 UNITS |
| 96154 | 0.25 HOURS PER WEEK = 1 UNITS A WEEK X 26 WEEKS = 26 UNITS |
| | HOURS PER WEEK =  UNITS A WEEK X  WEEKS =  UNITS |

Treatment Modality:

Intensive ABA therapy is provided in the clinic setting. Individual sessions are conducted by Behavior Technicians holding RBT certification . Protocol modification is completed by an BCaBA and BCBA

**Transition Criteria**:

Kevin 's progress will be evaluated on a weekly basis. Once Kevin  is able to independently transition from desired activities, complete daily skills tasks independently, ask and answer questions, follow multiple step directions, completes a skill level in the Level 3 of the VB MAPP, and shows significant decrease in problematic behaviors, clinic hours will be reduced and a transition to a less restrictive learning environment will be completed. The transition

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Exhibit Page 45 of 67

K.B. v. SCBE Due Process
000604

procedure is as follows:

1. Supervising therapist will complete the Transition and Barriers assessment in the VB MAPP to help guide the transition process.

2. Supervising therapist will conduct a parent session to discuss transition time line.

3. Supervising therapist and parent will contact school 6 months prior to the estimated transition date.

4. Supervising therapist will coordinate services with the school including school visits and meeting to ensure behavior supports are appropriately in place.

5. Supervising therapist will provide ongoing coordination with the school and parent during the beginning of the school transition to ensure success.

**Discharge Criteria:**

1. Kevin will mand for items/activities he needs 90% of the time unprompted for 3 consecutive months.

2. Kevin will follow directions from a group leader independently 90% of the time for 3 consecutive months.

3. Kevin will answer at least 4 questions regarding personal information independently.

4. Kevin will independently follow a schedule including transitions 100% of the time for 2 consecutive months.

**Crisis Plan:**

If Kevin engages in physical aggression, self-injurious. or tantrum behavior that is continuous or behaviors accelerate to a level where harm to self or others is imminent "care team" will be called over the intercom system. All members of the "care team" have been specifically trained to deal with possibly dangerous behaviors and those will be implemented by trained staff only.

**Justification of Intensity of Services:**

**Kevin displays serious delays in his ability to communicate, to interact with others, and to form peer relationships. He exhibits problematic behaviors in all environments which can cause harm to himself and others. These delays and behavioral issues currently and will continue to inhibit his ability to learn and function in both school and community settings and to form social relationships. Intensive ABA services are requested and recommended to address Kevin's therapeutic needs at this time.**

_(signature)_ , LMHC, BCBA

Director of ABA Services

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

K.B. v. SCBE Due Process
000605

08/07/2018

☑I, the HSPP overseeing this case, have reviewed the medical information for this individual and I certify that medical necessity is met.

*Bridget Harrison* (signature)

Bridget M. Harrison, PhD, HSPP, BCBA-D

Supervising Psychologist

08/07/2018

Kevin Bardwell

Initial Evaluation & MTP

8200 Georgia Street

Merrillville, IN

(219) 791-1400

Page 10 of 10

Exhibit Page 47 of 67

K.B. v. SCBE Due Process
000606



## Innovations In Learning PC

### Semi- annual Diagnostic Evaluation and Master Treatment Plan

Name: Kevin Bardwell                                    Date of Initial Evaluation: 08/07/2018
Date of Birth: 11/05/2012                               Date of Annual: 7/15/2019
Age: 7                                                   Date of Update: 1/14/2020

#### Reason for Referral:
Kevin was referred for services by his mother to address his significant delays in language and social skills and his problematic behaviors including fleeing and tantrums. Kevin continues to engage in daily problematic behaviors including: tantrum, physical aggression, and flopping. Kevin is still displaying delays in functional communication as he is only able to mand for 50 different items using 1-word mands. He has difficulty forming peer relationships due to high rates of problematic behaviors and a minimal mand repertoire.

#### Identifying Information:
Kevin is a 7-year-old African American male diagnosed with Autism. Kevin lives in Cary with his biological mother, Antoinette Brandy, and his 5 siblings Christopher, Jamah, Ja'Aliyah, Kev'von , and Ka'Aliyah. Kevin completed the preschool program through Bethune.

#### Treatment Summary:
Kevin began ABA services on September 11, 2018. He receives approximately 37.5 hours of ABA therapy per week. Services continue to include 1:1 therapy by a registered behavior technician, weekly supervision, protocol modification, and data assessment by a supervising therapist and BCBA, and monthly parent training. Kevin attends consistently 98% of scheduled services. Kevin's mother attended 100% of scheduled parent sessions. In June, Kevin's mother did not complete any homework assigned.

Kevin's current program focuses on increasing functional communication, increasing social and play skills, and decreasing problematic behavior. In June 2019, Kevin had an increase in behaviors. Due to the increase in behaviors, target goals were held. In August 2019, Kevin had a decrease in behaviors and target goals were reintroduced. In August, Kevin was working on completing mastered demands and tasks on an FI of 2 minutes. Kevin has mastered working on mastered demands and tasks at the table and is currently working on ITT goals at a FI of 3 minutes. In August 2019, Kevin mastered following group instruction in a group setting. Kevin is currently working on attending and discriminating in a group setting. In mid-August accepting "no" from a peer and appropriately asking a peer for an item within a group setting was introduced to increase Kevin's social interaction. Kevin is making significant process in appropriately asking a peer for an item. Since the last treatment plan Kevin was able to mand for an average of 50 times a day. In December 2019, Kevin was able to independently mand an average of 69 times per day. Kevin is currently able to communicate using 1-word mands. Kevin still requires prompting and shaping to help with clarity of his commutation.

Problematic behaviors continue to be a significant barrier, and strategies are in place to decrease behaviors in group and 1:1 settings. Kevin currently engages in tantrum and refusal behaviors in locations when denied access to items. The frequency of tantrums occurs at low rates however, the duration is continuing to occur at high rates. Beginning in September 2019, refusal was tracked in all locations. After the modification, an increase was seen in refusal frequency and duration. Accepting "no" continues to be tracked as a replacement behavior to address Kevin's high rates of behaviors that serve as an access function.

K.B. v. SCBE Due Process
000607

## DSM 5

Diagnostic Impression: GARS score 106 (7/15/19) The DSM 5, VBMAPP Milestone score 85.5 (10/18/2019) behavioral observation, collateral review, and personal interview were utilized to determine the following diagnostic information:

Primary Diagnosis F84.0 (299.00) Autism Spectrum Disorder. Social communication requiring very substantial support (Level 3). With accompanying language impairment-few words, language not functional.

**Risk Factors:**

History of Assault/Violent behavior:          __X___ yes _____ no
Current Assault/Violent behavior:
_____ None (1)  _X___ Low (2) ____ Moderate (3) _____ High (4) _____ Extreme (5)

*Kevin engages in physical aggression that has the potential to cause tissue damage.

History of suicidal ideation:          _____ yes ___x___ no
Current thoughts/risk of suicide
__x___ None (1)  _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of homicidal ideation:    _____ yes __x___ no
Current homicidal ideation
__x___ None (1)  _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of drug or alcohol abuse:          _____ yes ___x___ no
Current risk of abuse
__x___ None (1)  _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of abuse/neglect:          _____ yes ___x___ no
Current risk of abuse/neglect
__x___ None (1)  _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of trauma:          _____ yes ___x___ no
Current risk of trauma
__x___ None (1)  _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

History of legal problems:          _____ yes ___x___ no
Current risk of legal problems
__x___ None (1)  _____ Low (2) _____ Moderate (3) _____ High (4) _____ Extreme (5)

**Medical Information:**
Kevin has no medical diagnoses, nor is he prescribed any medications.

Primary Care Physician: Dr. Iyer
*Date of Most Recent Evaluation: 07/22/19.*
Neurologist: Dr. Mango
*Date of Most Recent Evaluation: unknown*

**Treatment Goals:**
Target 1- Increase Functional Communication
Goal # 1: Increase Mands

8200 Georgia Street                                        Kevin Bardwell
Merrillville, IN                                           1/14/2020
(219) 791-1400

Page 2 of 18

Exhibit Page 49 of 67

K.B. v. SCBE Due Process
000608

Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will average 80% or higher unprompted mands for 1 month.
Objective 2: Kevin will average a total of 150 one-word prompted and unprompted mands per day for 1 month.
Current progress: In July 2019, Kevin's target behaviors decreased therefore, allowing Kevin to attend more groups. Throughout Kevin's day there was a decrease in manding opportunities due to attending more scheduled groups. In November 2019, Kevin's schedule was updated to increase manding opportunities. Kevin still requires a significant amount of prompting to help with clarity for words. In December 2019, Kevin had an average of 75% unprompted mands per month. Kevin is currently averaging 91 one-word mands daily.



% Unprompted Mands
Kevin Bardwell



Total Combined Frequency Prompted and Unprompted Mands
Kevin Bardwell

Future Goals:
Objective 1: Kevin will average 90% or higher unprompted mands for 1 month.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 3 of 18

Exhibit Page 50 of 67

K.B. v. SCBE Due Process
000609

Objective 2: Kevin will average a total of 200 one-word prompted and unprompted words for 1 month.

**Goal #2:** Increase Listener Responding Skills
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will discriminate between 10 sets of adjectives.
Objective 2: Kevin will select 20 pictures representing actions in array of 3.
Current Progress: In August 2019, Kevin's individual ITT targets were reintroduced at the table. Since the reintroduced of goals significant progress in listener responding, mastering 75 goals and 3 objectives. Since the last treatment plan Kevin has mastered listener responding review in September 2019. Kevin has also mastered going to a specific person and getting an item from 4 people and demonstrating pretend actions. Kevin is currently working on selecting actions and selecting adjectives. Kevin is currently making significant process on his current goals.



## Listener Responding
### Kevin Bardwell

**Future Goals:**
Objective 1: Kevin will select items by their class for at least 5 items.
Objective 2: Kevin will select items when given 6 different prepositions.

**Goal #3:** Increase Tact Skills
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will generalize labeling on-going actions 90% successful or higher for 3 consecutive days.
Objective 2: Kevin will fluently label 10 pictures in 20 seconds.
Current Progress: Since the last treatment plan, Kevin has mastered 66 tact goals, 2 objectives, and tacting review. Kevin mastered labeling on-going actions, labeling common actions seen in pictures, and labeling parts of objects. Kevin's currently working on generalizing labeling on-going actions. For the month of December, Kevin averaged 72% correct for labeling on-going actions.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 4 of 18

Exhibit Page 51 of 67

K.B. v. SCBE Due Process
000610

# Tacts

### Kevin Bardwell



○ Monthly Count   ◦ Total Count   Linear Regression

## % Correct Generalizing labeling ongoing actions
### Kevin Bardwell



● Baseline   ● Intervention   ● Generalization   ● Maintenance   ○ Phase Change

**Future Goals:**
Objective 1 Kevin will label at least 20 adjectives independently.
Objective 2: Kevin will label at least 10 auditory stimuli.

Goal#4: Increase Intraverbal Skills
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will provide fill-ins for 20 associated items using multiple responses.
Objective 2: Kevin will fill in the function of an item for 20 items.

8200 Georgia Street                                    Kevin Bardwell
Merrillville, IN                                       1/14/2020
(219) 791-1400

Page 5 of 18

Exhibit Page 52 of 67

K.B. v. SCBE Due Process
000611

**Current Progress:** Since the last treatment plan Kevin has mastered 36 intraverbal targets and one objective. Kevin has mastered filling in words describing common activities and filling in personal information. He is currently working on filling in associated items providing more than 2 responses and filling in an item when the function of the item is given.

# Intraverbals

### Kevin Bardwell



**Future Goals:**

Objective 1: Kevin will independently answer 50 what questions regarding the function.

Objective 2: Kevin will independently answer 30 where questions regarding items found in the home and classroom.

Goal#5: Increase Echoic Goals

Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will imitate 100 words.

Current Progress: In September 2019, echoics were reintroduced. Since echoics were reintroduced, Kevin has mastered 6 echoic targets. When assessing echoics Kevin baselined 9 words that could be heard clearly by a novel person. Kevin continues to struggle with the clarity for words and phrases. To assist with Kevin's clarity of words speech therapy was recommended to Kevin's mom.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 6 of 18

Exhibit Page 53 of 67

K.B. v. SCBE Due Process
000612

# Echoics

## Kevin Bardwell



**Future Goals:**
Objective 1: Kevin will imitate 6 phrases using 3 or more words independently.

**Goal#6:** Increase Visual Performance Goals
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Current Progress: No current objectives. In June 2019, Kevin's visual performance goals were held to focus on barriers and increase skill in other areas of tacts, intraverbal, and listener responding operants. Progress on Kevin's writing goals will be reported in the next treatment plan.

**Future Goals:**
Objective 1: Kevin will copy letters A to Z.
Objective 2: Kevin will copy numbers 1-20.

**Goal#7:** Increase Motor Imitation Goals
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Current Progress: No current objectives. In October 2019, Kevin mastered motor imitation during ITT. Kevin is currently working on generalizing motor imitation naturally during NET and groups.

**Target 2** – Increase Play Skills
Goal#1- Increase appropriate play with peers.
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will tell a peer it is their turn an average of 90% independently or higher for 5 consecutive days.
Objective 2: Kevin will wait for peer to take their turn without touching the stimuli an average of 90% independently or higher for 5 consecutive days.
Objective 3: Kevin will respond independently when his peer tells him to take his turn an average of 90% or higher for 5 consecutive days.

8200 Georgia Street                                        Kevin Bardwell
Merrillville, IN                                           1/14/2020
(219) 791-1400

Exhibit Page 54 of 67

K.B. v. SCBE Due Process
000613

Current progress:  In October 2019, a structured game with a peer was introduced. During structured game time, Kevin is working on telling a peer that it is their turn, waiting for peer to take their turn without touching the stimuli, and responding when the peer tells him it's his turn. In November 2019, the program was modified to allow Kevin and his peer take turns picking the game that is played. The data showed a decreasing trend since that modification was put into place. An assessment will be completed to address the decrease and add a variety of peers that Kevin can pick from to play the structured game with.

## % successful trials of telling peer that it is their turn

Kevin Bardwell



## % successful trials of waiting for peer to take turn without touching stimuli

Kevin Bardwell



8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 8 of 18

Exhibit Page 55 of 67

K.B. v. SCBE Due Process
000614

% successful trials of responding to peer saying it's your turn

Kevin Bardwell



● Baseline ● Intervention ● Generalization ● Maintenance ○ Phase Change

Future Goals:

Objective 1: Kevin will respond to mands from peers during a structured game time with a peer an average of 90% independently or higher for 5 consecutive days.

Objective 2: Kevin will mand to peers 90% independently or higher for 5 consecutive days during a structured game time with peer.

Objective 3: Kevin will wait for a peer to take a turn without touching stimuli during a structured game time with peer 90% of the time or higher for 5 consecutive days.

Target 3: Increase Social Skills and Group Skills

Goal #1: Increase Group Skills.

Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will attend 90% of the time or higher in circle and academic groups for 3 consecutive days.

Objective 2: Kevin will follow directions using discrimination 90% of the time on circle and academic groups for 3 consecutive days.

Objective 3: Kevin will wait without touching in a group setting 90% or higher for 10 consecutive days.

Objective 4: Kevin will mand to his peers in a group setting 90% or higher for 5 consecutive days.

Current progress: In December 2019, Kevin mastered the group he was attending and was moved to a higher-level group. Kevin is currently working on attending and discriminating during circle and academic groups. In September 2019, Kevin began attending weekly reader group. In the weekly reader group, Kevin has mastered following group instructions and is currently working on waiting without touching materials until instructed. Kevin is currently working on manding to peers in a group setting. In December 2019, there was a low collection of data. The group was modified to increase the number of trials collected during the group.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 9 of 18

Exhibit Page 56 of 67

K.B. v. SCBE Due Process
000615

### % successful attending trials during academic group
Kevin Bardwell



○ Baseline   ● Intervention   ● Generalization   ● Maintenance   ○ Phase Change

### % successful Discrimination trials during academic group
Kevin Bardwell



● Baseline   ● Intervention   ○ Generalization   ● Maintenance   ○ Phase Change

### % Successful Attending trials during circle group
Kevin Bardwell



● Baseline   ● Intervention   ● Generalization   ● Maintenance   ○ Phase Change

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 10 of 18

K.B. v. SCBE Due Process
000616

% Successful Discrimination trials during circle group
Kevin Bardwell



% Successful Trials of Waiting for 5 seconds without Touching
Kevin Bardwell



% Unprompted trials of Mands to Peers
Kevin Bardwell



8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 11 of 18

Exhibit Page 58 of 67

K.B. v. SCBE Due Process
000617

Future Goals:
Objective 1: Kevin will initiate appropriate peer interaction 90% or higher for 5 consecutive days.

Goal #2: Increase Social Skills.
Recommended Intervention: To be implemented during intensive ABA therapy sessions for approximately 37.5 hours per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: In a group setting, Kevin will accept "no" from a peer 90% of the time or higher for 10 consecutive days.
Objective 2: In a group setting, Kevin will appropriately ask a peer for an item 90% of the time or higher for 10 consecutive days.
Current Progress: In September 2019, social interaction goals during a daily living group skills time were introduced. Kevin is currently asking a peer appropriately for an item 55% of the time. Kevin is currently working on accepting no from a peer. In December 2019, accepting no from siblings at home was introduced as a homework goal. Since the introduction of the goal at home, there has been a decrease in the % of successful trials of accepting "no" from a peer. Kevin's progress on the goal will continue to be monitored.



Appropriately asking a peer for an item % Successful
Kevin Bardwell



Accepting No from a peer % Successful
Kevin Bardwell

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 12 of 18

K.B. v. SCBE Due Process
000618

SEP-25-2020  11:14   From:2197911422                                          Page:29/42

Future Goals:
Objective 1: In a group setting, Kevin will respond to mands from peers 80% of the time or higher for 5 consecutive days.

Target 4- Increase Cooperation
Goal #1: Increase ability to complete table sessions without target behaviors.
Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

Objective 1: Kevin will complete 10 minutes table sessions with reinforcement every 2 minutes without target behaviors 90% of the timer or higher for 10 consecutive days.
Current Progress: Since the last treatment plan update, behaviors have decreased at the table. In July 2019, Kevin begin working at the table an FI of 2 minutes then receiving 2 minutes of reinforcement. This included mastered demands and tasks. In September 2019, Kevin's table program was modified to include completing 3 cycles of ITT and 1 cycle of tasks. In December 2019 Kevin mastered that table goal. Kevin is currently, working for 6 minutes before receiving 2 minutes of reinforcement with only ITT presented throughout the table session. The tasks at the table were discontinued.

% Successful Tables (FI 3 minutes, R+ 2 min) ITT only



Kevin Bardwell

● Baseline   ◐ Intervention   ● Generalization   ● Maintenance   ○ Phase Change

Target 5- Parent Training and Treatment Coordination
Goal #1: Increase parent's ability to appropriately respond to problematic behaviors and teach functional skills.
Recommended Intervention: To be completed in monthly parent sessions or as needed. Parents will learn strategies to collect data and run behavior procedures at home through the use of video recordings, role play, and interactive family sessions

Objective 1: Kevin's parent will attend 2 group parent trainings per year and meet competency at 80% or higher on presented materials.
Objective 2: Kevin's parent will run the accepting "no" procedure with 100% treatment integrity, resulting in Kevin hearing "no" and selecting an alternate activity without problematic behaviors 90% or higher of the time for 10 consecutive days.
Objective 3: Kevin's parents will run a taking turns procedure with his siblings with 100% treatment integrity resulting in Kevin taking turn with his siblings without problematic behavior 90% or higher of the time for 10 consecutive days.

8200 Georgia Street                                        Kevin Bardwell
Merrillville, IN                                            1/14/2020
(219) 791-1400

Exhibit Page 60 of 67                          K.B. v. SCBE Due Process
                                                              000619

Current progress: Kevin's mother attended 100% of parent sessions. Treatment integrity has been completed during parent sessions with an IOA of 100%. Since the last treatment plan Kevin's mother has not consistently turned in homework. Kevin's mother has been made aware of the requirements for completing 100% of homework assigned and attending monthly parent sessions. There have been three group parent training opportunities since the initial evaluation was completed, Kevin's mother has not attended a parent training this calendar year.

Accepting NO Treatment Integrity during parent sessions
%Accurate



## Target 6 – Services

Goal #1: Services to be provided

Objective 1: Kevin will receive intensive ABA services including 1:1 therapy, protocol modification and supervision of therapist by supervisor, parent training, service coordination, and data review and entry. Services per week:

| Code | Hours/Units Requested: February 15, 2020 to August 15, 2020. |
|---|---|
| 97151 | 16 hours for a 6-month period = 64 units |
| 97153 | 26.25 hours per week = 105 units per week for 26 weeks = 2730 units |
| 97154 | For 6-month period= 670 units |
| 97155 | 3.5 hours per week = 14 units per week for 26 weeks = 364 units |
| 97156 | 0.5 hours per week = 2 units per week for 26 weeks = 52 units |
| 97157 | 5 hours per 6-month period = 20 units |

## Target 7- Behavior Goals

Goal #1- Decrease Tantrum Behavior

Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 14 of 18

K.B. v. SCBE Due Process
000620

Objective 1: Decrease tantrum behavior to an average of less than 1 instance per day for 3 consecutive months with an average duration of 3 minutes or less per day each month for 3 consecutive months. Current progress: Since last treatment plan Kevin's tantrums frequency continues to occur at low rates. However, the duration of the tantrum is still occurring longer than 3 minutes at a high intensity. Kevin engages in tantrum behaviors when denied access. An accepting "no" procedure was introduced as a replacement behavior in May 2019.





Goal #2- Decrease Refusal Behavior

> Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

> Objective 1: Decrease refusal behavior to an average of less than 1 instance per day an average duration of 10 minutes or less per day for 3 consecutive months.
> Current progress: In October 2019, the tracking of Kevin's refusal behaviors has been modified to

8200 Georgia Street
Merrillville, IN
(219) 791-1400

Kevin Bardwell
1/14/2020

Page 15 of 18

Exhibit Page 62 of 67

K.B. v. SCBE Due Process
000621

he tracked in all locations. Since the modification of tracking there has been an increase in refusal behaviors.



Refusal Frequency
Kevin Bardwell



Refusal Duration
Kevin Bardwell

Goal #3: Increase Functional Replacement Behavior
Recommended Intervention: To be implemented during intensive ABA therapy sessions approximately 37.5 hour per week. These objectives will be mastered during this 6-month treatment cycle and new objectives will be added as progress is made.

8200 Georgia Street                                   Kevin Bardwell
Merrillville, IN                                      1/14/2020
(219) 791-1400

Page 16 of 18

Exhibit Page 63 of 67                    K.B. v. SCBE Due Process
                                         000622

Objective 1; Kevin will accept "no" without the presence of target behaviors when denied access to preferred items, activities, or locations 90% or higher of the time for 2 consecutive months.
Current Progress: Kevin is currently working on accepting "no" and choosing an alternative item in all locations. He is currently averaging 89% successful trials of accepting "no" in the month of December,



% Successful Accepting No Trials
Kevin Bardwell

**Treatment Modality:**
Intensive ABA therapy is provided in the clinic setting. Individual sessions are conducted by Behavior Technicians. Protocol modification is completed by a BCBA under the supervision of a BCBA. Behavior Technicians receive at least a half of an hour of clinical oversight from a BCBA.

**Transition Criteria:**
Kevin's progress continues to be evaluated on a weekly basis and the VB-MAPP will be reassessed Bi- annually. Target date for transition to a less restrictive environment is August 2020. In order for Kevin to make a successful transition from intensive ABA services, it is recommended that services continue at the current rate until a full transition is deemed appropriate. Kevin's program goals will begin to reflect skills needed to make a successful transition to a less restrictive environment.

 Goal #1: Reassess Barriers Assessment (VB-MAPP) by April 2020.
 Goal #2: Reassess Transition Assessment (VB-MAPP) by April 2020.
 Goal #3: Reassess Milestones Assessment (VB-MAPP) by April 2020.
 Goal #4: Supervising therapist will meet in January 2020 to determine appropriate placement and ensure parents request an IEP and BIP.
 Goal #5: Supervising therapist will coordinate services with school, attend IEP's, and assist with BIP.

**Discharge Criteria:**
1. Kevin will engage in age appropriate activities such as, gross motor play and toy play with peers independently 90% of the time or higher.
2. Kevin will independently follow multiple step instructor directions in an individual and a group setting 90% of the time or higher for 3 consecutive months.
3. Kevin will work for 20 minutes without requiring reinforcement at the table.
4. Kevin will have 3 or less incidents and an average of less than 1 minute of current problematic behavior for 2 consecutive months.

8200 Georgia Street       Kevin Bardwell
Merrillville, IN        1/14/2020
(219) 791-1400

Exhibit Page 64 of 67

K.B. v. SCBE Due Process
000623

**Crisis Plan:** If Kevin engages in physical aggression, self-injurious, or tantrum behavior is continuous or behaviors accelerate to a level where harm to self or others is imminent "care team" will be called over the intercom system. All members of the "care team" have been specially trained to deal with possibly dangerous behaviors and those available will respond immediately to the call to provide required support to the client in crisis. PCM interventions will be implemented by trained staff only.

Justification for Intensity of Services:

Kevin displays significant developmental delays in his ability to communicate, to interact with others, and to form peer relationships. These delays currently and will continue to inhibit his ability to learn and function in both school and community settings. Intensive ABA services are requested and recommended to address Kevin's therapeutic needs at this time until his transitions to a less restrictive environment.


Felicia Jackson, M.A., RBT

Alyssa Warn. BCBA


I, the HSPP overseeing this case, have reviewed the medical information for this individual and I certify that medical necessity is met.


Bridget M. Harrison, PhD, HSPP, BCBA-D


8200 Georgia Street                          Kevin Bardwell
Merrillville, IN                             1/14/2020
(219) 791-1400

Page 18 of 18

K.B. v. SCBE Due Process
000624

# VB-MAPP
## Master Scoring Form

| | Key: | Score | Date | Color | Tester |
|---|---|---|---|---|---|
| | 1st test: | 54.5 | 11/15/18 | | AD |
| | 2nd test: | 62.5 | 4/6/19 | | AD |
| | 3rd test: | 85.5 | 10/18/2019 | | FJ |
| | 4th test: | in progress | | | |

| Child's name: | Kevin Dardwell |
|---|---|
| Date of birth: | 11/5/12 |
| Age at testing: | 1\|5  2\|6  3\|6  4\| |



### LEVEL 3



### LEVEL 2



### LEVEL 1

Copyright 2007 2008 Mark L. Sundberg

K.B. v. SCBE Due Process
000626