22-12464

K. B., et al

v.

Memphis-Shelby County Schools

JOHN T. FOWLKES, JR.

CHARMIANE G. CLAXTON