IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| K.B. A MINOR, by and through his parent, K.B., <br><br> Plaintiff, <br><br> v. <br><br> MEMPHIS-SHELBY COUNTY SCHOOL DISTRICT, <br><br> Defendant. | Case No. 2:22-cv-02464-JPM-cgc |

## AMENDED SCHEDULING ORDER

This Cause was before the Court on July 13, 2023, for a Telephonic Status Conference. Counsel present for Plaintiff K.B., a minor, by and through his parent, K.B., were Janet Goode and Michael Braun. Counsel present for Defendant Memphis-Shelby County School district were Laura Bailey and KaShonda Day.

Pursuant to the instant Conference:

1. Defendant shall provide Plaintiff with the final proposed IEP draft **today, July 13, 2023**.

2. Plaintiff shall provide notice **within five days** regarding the availability of Judge Childers to mediate the instant case.

3. The Parties shall complete mediation **within forty-five (45) days, that is, by August 28, 2023.**

1

**SO ORDERED**, this 13th day of July, 2023.

       /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE