**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**K.B., by and through his Parent,**
**K.B.,**

Plaintiffs**.**

No.: 2-22-cv-02464-JTF-cgc

**v.**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**

Defendant.

---

**PLAINTIFFS' STATUS REPORT**

---

Plaintiffs, through undersigned counsel, provide the following status report regarding scheduling mediation in this case:

1. Immediately following the status conference on July 13, 2023, and pursuant to this Court's order (ECF 32), undersigned counsel contacted retired judge Robert L. Childers per the instructions on his website (https://judgechilders.com).

2. On Friday, July 14, 2023, in the early evening, counsel for the defendant informed Plaintiffs' counsel that the defendant would not agree to using Judge Childers as a mediator.

3. Because the undersigned has been traveling for work this week, she has not been able to make further inquiries but will do so upon her return.

Respectfully submitted this 18th day of July, 2023.

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2023, I filed a copy of the foregoing Plaintiffs' Status Report by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to counsel for the Defendant, Shelby County Schools, Office of General Counsel, 160 S. Hollywood, Room 218, Memphis, Tennessee 38112, Laura Bailey, Associate General Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com.

Signed: *<u>/s/Janet H. Goode</u>*
Janet H. Goode