**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| **K.B., by and through his Parent, K.B.,**<br><br>***Plaintiff,***<br><br>v.<br><br>**MEMPHIS-SHELBY COUNTY SCHOOLS**<br><br>***Defendant.*** | ) | **Case No. 2:22-cv-02464-JPM-cgc** |

**DEFENDANT'S STATUS REPORT**

Comes now, Memphis-Shelby County Schools ("School District"), Defendant, and files this status report regarding selecting mediator for this matter.

1. On July 13, 2023 this Court held a status conference in this case.
2. During the status conference the Parties and Court discussed that the Parties' agreed upon mediator did not have availability to mediate the case until possibly October or November 2023.
3. In light of the Parties' agreed upon mediator's limited availability, the Court ordered for the School District's attorneys to determine whether they had authority to agree to retired Judge Robert L. Childers to mediate the case by Friday, July 14, 2023.
4. Counsel for the School District Counsel notified Plaintiffs' Counsel that they did not have authority to agree to use Judge Robert L. Childers as a mediator via email at 4:55 pm on Friday, July 14, 2023.

5. In the same email, the School District Counsel proposed four mediators for the Plaintiffs' consideration.
6. On Monday, July 17, 2023 at 6:01 p.m. the School District followed up with Plaintiffs to determine if they would agree with any of the four proposed mediators. The School District's Counsel also notified Plaintiffs' Counsel that she would email the four proposed mediators to request the proposed mediators' availability to mediate by the deadline because their availability may narrow the selection process.
7. On Monday, July 17, 2023 at 6:37 pm, Plaintiffs' Counsel emailed that she was traveling for work and needed time to confer with her co-counsel about the proposed mediators.
8. On Tuesday, July 18, 2023, as previously indicated, the School District proceeded with emailing the four proposed mediators to request their availability to mediate the case on or before August 28, 2023.
9. As of the filing of this status report, the Parties received responses from two of the four proposed mediators, both of whom have availability to mediate on or before August 28, 2023.
10. The School District is awaiting a response to their proposed mediators once Plaintiffs' Counsel have had an opportunity to confer.
11. The Parties are continuing to confer in good faith to select a mediator and conduct a mediation by the August 28, 2023 deadline.

Dated: July 18, 2023

Respectfully Submitted,

s/ Laura Ann E. Bailey
LAURA ANN E. BAILEY (TN BPR #027078)
Shelby County Board of Education
Office of General Counsel
160 S. Hollywood St., Room 218
901.416.6372 (direct phone)
901.416.6370 (main phone)
901.416.6374 (fax)
baileyla@scsk12.org
*Attorney for Memphis-Shelby County Schools*

KASHONDA L. DAY (MS BPR #103144)
Adams and Reese, LLP
1018 Highland Colony Pkwy.
Suite 800
Ridgeland, MS 39157
601.292.0785 (direct phone)
601.353.3234 (main phone)
601.944.9339
kashonda.day@arlaw.com
*appearing pro hac vice as Attorney for Memphis-Shelby County Schools*

**CERTIFICATE OF SERVICE**

The undersign certifies that a copy of the forgoing was served upon Counsel of Record for Plaintiffs via the Court's electronic filing system on this the 18th day of July 2023.

s/ Laura Ann E. Bailey
Laura Ann E. Bailey
*Attorney for Memphis-Shelby County Schools*