**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**K.B., by and through his Parent,**
**K.B.,**

Plaintiffs**.**

No.: 2-22-cv-02464-JTF-cgc

**v.**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**

Defendant.

**PLAINTIFFS' STATUS REPORT**

Plaintiffs, through undersigned counsel, provide the following status report regarding mediation and meet and confer in this case:

1. As a result of the October 11, 2023 status conference, and pursuant to this Court's order (ECF 59), counsel for both parties met on October 17, 2023, and conferred regarding the upcoming evidentiary hearing that is scheduled for December 18 and 19, 2023.

2. The parties also participated in mediation in this case on September 15 and October 17, 2023, which was unsuccessful. The report from the mediator, Scott Frick, will be forthcoming.

Respectfully submitted this 18th day of October, 2023.

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2023, I filed a copy of the foregoing Plaintiffs' Status Report by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to counsel for the Defendant, Shelby County Schools, Office of General Counsel, 160 S. Hollywood, Room 218, Memphis, Tennessee 38112, Laura Bailey, Associate General Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com.

Signed: *<u>/s/Janet H. Goode</u>*
Janet H. Goode