UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:22-cv-02464-JPM | Case title: K.B. et al. v. Memphis-Shelby County Schools |
|---|---|
| Plaintiff counsel: Janet H. Goode and Michael F. Braun | |
| Defendant counsel: Laura A. Bailey and KaShonda L. Day | |
| Presiding Judge: Jon P. McCalla | Mediator: Scott A. Frick |

I, __Scott A. Frick__, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on __August 25, 2023 and October 17, 2023__.

As a result of that mediation held on __August 25, 2023 and October 17, 2023__.

☐ The case has settled in whole.

☐ Case settled prior to scheduling first mediation session.

☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

✔ The case has not settled.

☐ Mediation will continue on _____.

☐ The parties may schedule another session at a later date.

✔ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Janet H. Goode, Michael F. Braun, Laura A. Bailey and KaShonda L. Day

| Date October 18, 2023 | Electronic signature of Mediator: Scott A. Frick s/ |
|---|---|