AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

K. B. et al.

V.

Memphis-Shelby County Schools

## EXHIBIT AND WITNESS LIST

Case Number: 2:22-2464-JPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANT'S ATTORNEY(S) |
|---|---|---|
| JON PHIPPS McCALLA | Janet Goode, Michael Braun | Laura Bailey, KaShonda Day |
| PROCEEDING/DATE: 12/18/2023 -12/19/2023 | COURT REPORTER: Lashawn Marshall | COURTROOM DEPUTY: Jeff Sample |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/18/2023 | | | **EBONY GUY** |
| 1 | | 12/18/2023 | √ | √ | Speech-Language Evaluation Report (10/7/2021) (Sealed) |
| 2 | | 12/18/2023 | √ | √ | Assistive Technology Consultation Review (7/1/2022) (Sealed) |
| 3 | | 12/18/2023 | √ | √ | Assistive Technology Consultation Review Addendum (8/31/2022) (Sealed) |
| 4 | | 12/18/2023 | ID Only | ID Only | Present Levels and Progress Report Data |
| 5 | | 12/18/2023 | √ | √ | Assessment of Basic Language and Learning Skills-Revised |
| 6 | | 12/18/2023 | √ | √ | Average Number of Prompts to Complete Task |
| | 7 | 12/18/2023 | √ | √ | IEP Team Meeting Minutes (10/18/2021) |
| | 8 | 12/18/2023 | √ | √ | IEP Team Meeting Minutes (2/28/2022) |
| | | 12/18/2023 | | | **COURTNEY BAUER** |
| 9 | | 12/18/2023 | √ | √ | Courtney Bauer Curriculum Vitae |
| 10 | | 12/18/2023 | √ | √ | Indiana Department of Education Evaluation Report (5/31/2018) (Sealed) |
| | | 12/19/2023 | | | **DR. SARAH IRBY** |
| 11 | | 12/19/2023 | √ | √ | Sarah McCallum Irby Curriculum Vitae |
| 12 | | 12/19/2023 | √ | √ | Innovations in Learning PC Documents (Sealed) |
| | | 12/19/2023 | | | **GEOFFREY J. FERRIS** |
| 13 | | 12/19/2023 | √ | √ | Geoffrey J. Ferris Curriculum Vitae |
| 14 | | 12/19/2023 | √ | √ | Individual Education Program (IEP) (10/18/2021 to 8/22/20222) (Sealed) |
| 15 | | 12/19/2023 | √ | √ | Department of Exceptional Children Psycho-Educational Evaluation (9/1/2021) (Sealed) |
| 16 | | 12/19/2023 | √ | √ | Indicivual Education Program Progress Report - 1st Progress (2021-22) (Sealed) |
| 17 | | 12/19/2023 | √ | √ | Irby Pschological Services, LLC (Confidential Psychological Evaluation) (1/26/2022) (Sealed) |
| | | 12/19/2023 | | | **DAPHNE MCDONALD** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| K. B. et al. | vs. | Memphis-Shelby County Schools | CASE NO. 2:22-2464-JPM |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 18 | 12/19/2023 | √ | √ | Speech/Language Report (8/17/21) (Sealed) |
| | | | | | |
| | | | | | *****EVIDENTIARY HEARING CONTINUED ON JANUARY 8, 2024***** |
| | | 1/8/2024 | | | **DAPHNE MCDONALD (resumes from 12/19/2023)** |
| | 19 | 1/8/2024 | √ | √ | Shelby County Schools Medical Information/Certification Form (Sealed) |
| | 20 | 1/8/2024 | √ | √ | Hearing Report (10/8/2021) (Sealed) |
| | | 1/8/2024 | | | **JENNIFER WYATT** |
| 21 | | 1/8/2024 | √ | √ | Individual Education Program (IEP) (from 3/14/2022 to 3/13/2023) (Sealed) |
| | | 1/8/2024 | | | **REBECCA FIK** |
| | | 1/8/2024 | | | **KEVIN BIRDWELL** |
| | | | | | |
| | | | | | |
| | | | | | *s/Jeff Sample 1/8/2024* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |