# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| K.B. A MINOR, by and through his parent, K.B., | ) ) ) ) |
| Plaintiffs, | ) ) ) Case No. 2:22-cv-02464-JPM-cgc |
| v. | ) ) |
| MEMPHIS-SHELBY COUNTY SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) ) |

## ORDER REQUIRING POST-HEARING BRIEFS

Parties were before the Court for an evidentiary hearing December 18-19, 2023 and January 8, 2024.  (ECF Nos. 88-92.)  Parties are ordered to submit simultaneously briefs of no more than 12 pages within 14 days after the transcript of January 8, 2024 proceedings is filed on the record.

**IT IS SO ORDERED**, this 9th day of January, 2024.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE