# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| K.B., by and through his Parent, K.B., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:22-cv-02464-JPM-cgc |
| v. | ) |
| | ) |
| MEMPHIS-SHELBY COUNTY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to be considered before the Court on Parties' Motions for Judgment on the Administrative Record. (ECF Nos. 40-41, see also ECF Nos. 51-52, 55, 101-102.)

The Court entered an Order on March 14, 2024 Granting in Part and Denying in Part Plaintiff's Motion for Judgment on the Administrative Record, Granting in Part and Denying in Part Defendant's Motion for Judgment on the Administrative Record, and Remanding the case to the ALJ. (ECF No. 104.)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the case be **REMANDED** to the Administrative Law Judge for proceedings consistent with the Court's Judgment on the Administrative Record.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

April 5, 2024
Date