**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**K.B., by and through his Parent, K.B.,**

***Plaintiffs*,**

**v.**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**

***Defendant*.**

**No. 2:22-cv-02464-JPM-cgc**

---

## DEFENDANT'S NOTICE OF APPEAL

---

Defendant Memphis-Shelby County Schools ("the School District"), by and through its undersigned counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the *Judgment on the Administrative Record* (ECF No. 104), entered on March 12, 2024, and the *Judgment* entered on April 5, 2024 (ECF No. 106)

Dated: April 11, 2024

Respectfully Submitted,

s/Laura Ann E. Bailey
LAURA ANN E. BAILEY (TN BPR #027078)
Shelby County Board of Education
Office of General Counsel
160 S. Hollywood St., Room 218
901-416-6372 (direct phone)
901-416-6370 (main phone)
901-416-6374 (fax)
baileyla@scsk12.org
*Attorney for Memphis-Shelby County Schools*

KASHONDA L. DAY (MS BPR #103144)
Adams and Reese, LLP
1018 Highland Colony Pkwy
Suite 800
Ridgeland, MS 39157
601-292-0785 (direct phone)
601-353-3235 (main phone)
601-944-9339 (fax)
kashonda.day@arlaw.com
*Attorney for Memphis-Shelby County Schools*
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the forgoing was served upon counsel of record for Plaintiffs via the Court's electronic filing system on this the 11th day of April, 2024.

s/Laura Ann E. Bailey
LAURA ANN E. BAILEY