# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**K.B., by and through his Parent, K.B.,**

    *Plaintiffs*,

**v.**

    No. 2:22-cv-02464-JPM-cgc

**MEMPHIS-SHELBY COUNTY SCHOOLS,**

    *Defendant.*

## DEFENDANT'S NOTICE OF UPDATE TO CERTIFICATE OF CONSULTAITON TO DEFENDANT'S MOTION TO EXCEED RESPONSE PAGE LENGTH

Defendant Memphis-Shelby County Schools files this Notice of Update to Certificate of Consultation to Defendant's Motion to Exceed Response Page Length (D.E. 113). As indicated in its Motion to Exceed Response Page Length Certificate of Consultation, Defendant provides this update:

Counsel for Defendant received a response from Counsel for Plaintiffs to Defendant's May 17, 2024 consultation email on May 20, 2024. Plaintiffs stated that they object to Defendant's Motion to Exceed Response Page Length (D.E. 113).

1

Dated: May 20, 2024                                    Respectfully Submitted,

                                                              s/Laura Ann E. Bailey
LAURA ANN E. BAILEY (TN BPR #027078)
Shelby County Board of Education
Office of General Counsel
160 S. Hollywood St., Room 218
901-416-6372 (direct phone)
901-416-6370 (main phone)
901-416-6374 (fax)
baileyla@scsk12.org
*Attorney for Memphis-Shelby County Schools*

KASHONDA L. DAY (MS BPR #103144)
Adams and Reese, LLP
1018 Highland Colony Pkwy
Suite 800
Ridgeland, MS 39157
601-292-0785 (direct phone)
601-353-3235 (main phone)
601-944-9339 (fax)
kashonda.day@arlaw.com
*Attorney for Memphis-Shelby County Schools*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the forgoing was served upon counsel of record for Plaintiffs via the Court's electronic filing system on this 20th day of May 2024.

                                  s/Laura Ann E. Bailey
                                  LAURA ANN E. BAILEY