**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**K.B., by and through his Parent,**
**K.B.,**

Plaintiffs**.**

No.: 2-22-cv-02464-JPM-cgc

**v.**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**

Defendant.

---

**PLAINTIFFS' MOTION FOR CLARIFICATION**

---

Plaintiffs, through undersigned counsel, respectfully move the Court to clarify the issues for remand to the administrative law judge following this Court's order on March 12, 2024 (ECF 104) ("the Order"). In particular, Plaintiffs seek the Court's clarification of the last sentence of the last full paragraph on page two of the Order (ECF 104, PageID 5599): "Because the factual record is insufficiently developed to determine whether K.B. can be appropriately placed at MSCS or a private placement, the Court **REMANDS** for further proceedings consistent with this order and for determination of reasonable costs and attorney's fees."

As more fully briefed in the attached Memorandum, the determination of attorneys' fees and costs in special education cases brought under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., (IDEA), is vested solely in the district court. Plaintiffs are seeking this Court's clarification because Defendant has raised this issue before the Tennessee administrative law judge who is only now complying with this Court's March 12, 2024 remand order.

Accordingly, Plaintiffs respectfully ask the Court to clarify that the determination of attorneys' fees and costs lies solely with this Court and is not an issue remanded to the state administrative law judge.

Respectfully submitted,

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942
mfb@braun-law.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on September 9, 2024, I filed a copy of the foregoing Plaintiffs' Motion by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to counsel for the Defendant, Shelby County Schools, Office of General Counsel, 160 S. Hollywood, Room 218, Memphis, Tennessee 38112, Laura Bailey, Associate General Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com.

Signed: *__/s/Janet H. Goode__*
Janet H. Goode

## CERTIFICATE OF CONSULTATION

I certify that on September 6, 2024, I consulted with counsel for Defendant, Laura Bailey, Associate General Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com, via email. On September 9, 2024, Ms. Bailey responded that, "It is Respondent/Defendant's position that now is not the appropriate time to put this issue before the District Court."

Signed: *__/s/Janet H. Goode__*
Janet H. Goode