**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**K.B., by and through his Parent, K.B.,**
Plaintiffs.

No.: 2-22-cv-02464-JPM-cgc

**v.**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**
Defendant.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS**

---

Plaintiffs K.B., *et al.*, by and through counsel, submit this and submits this Motion for Leave to File Renewed Motion for Attorneys' Fees and Costs and Incorporated Memorandum in Support. In support of their motion, Plaintiffs state as follows:

## I. PROCEDURAL HISTORY

Plaintiffs first filed their Motion for Attorneys' Fees and Costs in this matter on April 19, 2024 (ECF 109). On November 5, 2024, this Court dismissed without prejudice the Motion as unripe. (ECF 127).

On March 7, 2025, Plaintiffs filed a new related complaint (Case No. 2:25-cv-02265) following the state administrative law judge's final order dated January 6, 2025, resolving the issues this Court remanded. Plaintiffs attached that new complaint as Exhibit A.

## II. ATTORNEYS' FEES UNDER THE IDEA

### A. As the Prevailing Party, Plaintiffs Are Entitled to Attorneys' Fees

Under Federal Rule of Civil Procedure 54(d)(2), attorneys' fees and related expenses are available by motion upon a showing of the judgment and statute that entitles the movant to the

award and a statement or fair estimate of the amount of such an award. The IDEA allows an award of attorneys' fees to a "prevailing party." *See* 20 U.S.C. § 1415(i)(3)(B).

Plaintiffs are now the prevailing party on almost all substantive issues in their original due process complaint, including:

a. that MSCS committed a child find violation and denied K.B. a FAPE from October 5, 2020, through the end of the 2020- 2021 school year and from August 9, 2021, to October 18, 2021, of the 2021-2022 school year. This is roughly one full school year, which would equate to 180 days;

b. that MSCS failed to provide K.B. an IEP reasonably calculated to enable K.B. to make progress appropriate in light his circumstances and thereby denied him a FAPE from October 5, 2020, through the end of the 2020-2021 school year and from August 9, 2021, to October 18, 2021, of the 2021-2022 school year;

c. that MSCS failed to provide K.B. a FAPE from October 18, 2021 until at least March 14, 2022;

d. that K.B. is entitled to compensatory education for ABA services in the amount of 3,105 hours (monetized for a total award of $283,331.25); and

e. that K.B. is entitled to compensatory education for missed speech language therapy services totaling 18 hours.

*See* attached Exhibit A.

Plaintiffs' counsel have expended even more time pursuing K.B.'s rights since last appearing before this Court and filing their initial motion for attorneys' fees, and counsel continues to be required to spend additional time pursuing these fees as well as the additional rights for K.B. as plead in this complaint.

## III. CONCLUSION

For the reasons stated herein, Plaintiffs seek leave to file a renewed motion for attorneys' fees and costs in this matter to be considered in conjunction with their newly filed complaint. Plaintiffs further request a Court-ordered schedule with a hearing date or briefing date for submission of the dollar amounts of the fees and costs, along with any supporting documentation/testimony (in the event stipulation of attorneys' fees and costs is not possible). In the event the parties are not able to stipulate to the amount of attorneys' fees and costs, Plaintiffs intend to seek the additional fees and costs that will be incurred in this action once the final amount is known.

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

/s/ *Michael F. Braun*
MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that on March 7, 2025, I filed a copy of the foregoing by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to counsel for the Defendant, Shelby County Schools, Office of General Counsel, 160 S. Hollywood, Room 218, Memphis, Tennessee 38112, Laura Bailey, Associate General Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com.

Signed: *_/s/Janet H. Goode_*
Janet H. Goode