IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| K.B., by and through his Parent, K.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:22-cv-02464-JPM-cgc |
| v. ) | |
| ) | |
| MEMPHIS-SHELBY COUNTY ) | |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS**

Before the Court is the Motion for Leave to File Renewed Motion for Attorneys' Fees and Costs, filed by Plaintiffs K.B and Mr. K.B. (collectively, "Plaintiffs") on March 7, 2025. (ECF No. 128.) For good cause shown, Plaintiffs' Motion is **GRANTED**. Plaintiffs may file their renewed motion.

**SO ORDERED**, this 25th day of March, 2025.

                                                      */s/ Jon P. McCalla*
                                                      JON P. McCALLA
                                                      UNITED STATES DISTRICT JUDGE