IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| **KNOX COUNTY, TENNESSEE** | ) | |
| | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **vs.** | ) | **No . 3:20-CV-173** |
| | ) | **No. 3:20-cv-00125** |
| | ) | **(CONSOLIDATED)** |
| | ) | **JUDGE CORKER** |
| | ) | |
| **MICHAEL Q. et. al.** | ) | |
| | ) | |
| **Defendants/Counter-Plaintiffs** | ) | |

## DECLARATION OF DEAN HILL RIVKIN

I, Dean Hill Rivkin, pursuant to 28 U.S.C. § 1746, declare as follows:

## INTRODUCTION

**1.** I am the Williford Gragg Distinguished Professor in Law Emeritus at the University of Tennessee College of Law in Knoxville, Tennessee. I have been a member of the College of Law faculty since 1976.

**2.** I graduated from Hamilton College in Clinton, New York, in 1968 and received my J.D. from Vanderbilt Law School in 1971. Following my graduation, I served as a law clerk to the U.S. Court of Appeals for the Second Circuit. Following my clerkship, I practiced law in Lexington, Kentucky, as a Reginald Heber Smith Community Lawyer Fellow with Appalachian Research and Defense Fund of Kentucky, where I concentrated on complex environmental and federal litigation. Following a year as a Teaching Fellow at Harvard Law School, I joined the faculty of the UT College of Law in 1976. I was admitted to the bar in Tennessee in 1971 and, subsequently, was admitted to the U.S. District Court for the Eastern District of Tennessee, the U.S. Court of Appeals for the Sixth Circuit, and the U.S. Supreme Court.

**3.** As a litigator, prior to and since my appointment to the faculty of the UT College of Law, I have engaged in a number of complex federal cases. For example, as my attached resume shows, I have been lead and/or co-counsel for three cases in the U.S. Supreme Court. I have also been lead counsel in several lengthy federal cases involving complex environmental issues; in several federal and state class action cases involving unconstitutional conditions of confinement in local jails; in state class action cases on behalf of at-risk students in public schools; and in a number of complex federal cases under the Individuals with Disabilities Education Act (IDEA). Further, I have represented clients in numerous federal and state court matters that arose out of Law School courses in the UT Legal Clinic, where I served as Director from 1988-1992. From 2004-2009, I directed a project at UT Law School called CAN-LEARN, a support project for lawyers who engaged in *pro bono* or low *bono* representation of families in education cases, predominately in special education cases. I have taught courses in education advocacy, including a clinical course titled "Public Interest Lawyering: Education Law Practicum," which included representation of low-income families in special education cases. Since 2017, I have taught a research Seminar in Education Law. In this Seminar, a number of students have written papers concentrating on special education issues. Specific to this Declaration, I have taught modules in my courses covering statutory fee petitions and accompanying case law.

**4.** As a law professor, I have made presentations at numerous programs over my forty-six years in legal education. These presentations have included: papers delivered at national and international conferences on clinical legal education; papers and talks at American Bar Association (ABA) and Association of American Law Schools (AALS) conferences; and papers and talks at many law schools on issues in clinical legal education, public interest law and lawyering, education law, and other topics.

**5.** As a member of the academic legal profession, I have chaired and been a member of approximately twenty ABA and AALS accreditation teams. Also, from 1999-2002, I served as Director of the AALS Equal Justice Project, a national access to justice project. From 2009-2012, I served as a member of the national AALS Membership Review Committee – an accreditation body. I have also served as a visiting professor at several law schools, including: the University of California Los Angeles (UCLA) Law School (Fall 1980); the University of Maryland School of Law (1990-1991); Harvard Law School (2002-2003 and 2004-2005); and the American University Washington College of Law (Fall 2008). During May, 2004, I lectured on public interest environmental law at four universities in the People's Republic of China.

**6.** Throughout my legal career, I have frequently been engaged by lawyers to assist them in navigating the process of filing statutory fee petitions in connection with their successful federal litigation. This has included filing a fee Declaration in the Eastern District of Tennessee in 2014 in the case of *In re Skelaxin Antitrust Litigation,* where the Court awarded the lawyers for the plaintiffs close to $25 million in attorneys' fees under the antitrust laws. These engagements have involved reviews of litigation files, with a view toward determining whether the requested fee was reasonable under the applicable fee statute and case law standards. Further, I seek to stay up-to-date on the law of attorneys' fees – especially in the U.S. Court of Appeals for the Sixth Circuit and the U.S. Supreme

Court. Finally, in federal and state cases that I have successfully litigated, I have filed my own statutory fee petitions.

**7.** My attached resume lists my significant legal publications, professional presentations and activities, and litigation. I am filing this Declaration without compensation.