**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**K.B., by and through his Parent, K.B.,**
Plaintiffs.

**v.** No.: 2-22-cv-02464-JPM-cgc

**MEMPHIS-SHELBY COUNTY SCHOOLS,**
Defendant.

---

**NOTICE OF FILING UPDATED DECLARATION OF JUSTIN GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

---

Plaintiffs, by and through counsel, submit notice of filing the updated Declaration of Justin Gilbert as referenced in and in support of their Motion for Attorneys' Fees and Costs (ECF 131) attached hereto as Exhibit I.

Respectfully submitted,

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
janet@janetgoodelaw.com

/s/ *Michael F. Braun*
MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942
mfb@braun-law.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that on April 17, 2025, I filed a copy of the foregoing Notice and attached exhibit by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to counsel for the Defendant, Memphis-Shelby County Schools, Office of General Counsel, 160 Glenn Rodgers Sr. Street (Formerly Known as S. Hollywood St), Coe Building, Room 218, Memphis, TN 38117, Laura Bailey, Senior Associate Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com.

Signed: *_/s/Janet H. Goode_*
Janet H. Goode