**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**K.B., by and through his Parent, K.B.,**

Plaintiffs.

No.: 2-22-cv-02464-JPM-cgc

**v.**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**

Defendant.

---

**PLAINTIFFS' MOTION TO SUPPLEMENT
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

---

**COME NOW** Plaintiffs by and through counsel, and submit this Motion for Leave to Supplement Plaintiffs' Motion for Attorney's Fees and Costs. In support of their motion, Plaintiffs state as follows:

1. On April 11, 2025, Plaintiffs filed a motion for attorneys' fees and costs. (ECF 131).
2. On April 21, 2025, Defendant filed a Motion for an extension of time to respond (ECF 133), and the Court granted the Motion (ECF 134). On May 2, 2025, Defendant filed its response in opposition to Plaintiffs' motion (ECF 135), although Defendant did not file accompanying exhibits until the following day, May 3, 2025 (ECF 136).
3. After reviewing Defendant's response, undersigned counsel realized that her billing records contained a formatting issue. This issue does not affect the amounts of time worked or the amounts billed. Instead, it appears that the formatting of the spreadsheet resulted in the transposition of time and associated dollar amounts in a few places.
4. Plaintiffs thus request leave to file a corrected timesheet for Ms. Goode along with an

explanatory declaration (attached hereto as Exhibit A).

Wherefore, premises considered, Plaintiffs respectfully request that the Court grant this motion, accept Plaintiffs' attached Exhibit A (Declaration of Janet Goode with attached corrected billing records in both native and spreadsheet format), and grant Plaintiffs leave to file a reply.

Respectfully submitted,

/s/ *Janet H. Goode*
Janet H. Goode, TN BPR #35872
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
janet@janetgoodelaw.com

/s/ *Michael F. Braun*
MICHAEL F. BRAUN (BPR 032669)
5016 Centennial Boulevard, Ste. 200
Nashville, TN 37209
(615) 378-8942

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2025, I filed a copy of the foregoing by means of the Official Court Electronic Document Filing System (CM/ECF) for the Western District of Tennessee, which simultaneously sent a copy to counsel for the Defendant, Memphis-Shelby County Schools, Office of General Counsel, 160 Glenn Rodgers Sr. Street (Formerly Known as S. Hollywood St), Coe Building, Room 218, Memphis, TN 38117, Laura Bailey, Senior Associate Counsel, at baileyla@scsk12.org, and KaShonda L. Day, Adams and Reese, LLP, 1018 Highland Colony Parkway, Ridgeland, MS 39157, kashonda.day@arlaw.com.

Signed: *<u>/s/Janet H. Goode</u>*
Janet H. Goode

**CERTIFICATE OF CONSULTATION**

I certify that on May 9, 2025, I consulted with counsel for Defendant, Senior Associate Counsel, at baileyla@scsk12.org, and KaShonda L. Day, kashonda.day@arlaw.com, via email at 8:32 am on May 9, 2025, but as of 4:30 pm had not yet responded.

Signed: *<u>/s/Janet H. Goode</u>*
Janet H. Goode