## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| K.B., by and through his Parent, K.B., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:22-cv-02464-JPM-cgc |
| v. ) | |
| ) | |
| MEMPHIS-SHELBY COUNTY ) | |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Before the Court is a Motion to Supplement, filed by Plaintiffs K.B. and Mr. K.B. (collectively, "Plaintiffs") on May 9, 2025.  (ECF No. 137.)  Plaintiffs seek leave to supplement their Motion for Attorneys' Fees and Costs, (ECF No. 131), with the correctly formatted timesheet for Counsel Janet Goode.  (ECF No. 137 at PageID 6865–66.)  Plaintiffs aver that the corrections do not change "the amounts of time worked or the amounts billed."  (Id. at PageID 6865.)

For good cause shown, Plaintiffs' Motion to Supplement is **GRANTED**.  Plaintiffs' Exhibit A is accepted as a supplement to Plaintiffs' Motion for Attorneys' Fees and Costs.

**SO ORDERED**, this 12th day of May, 2025.

                                                 */s/ Jon P. McCalla*
                                                 JON P. McCALLA
                                                 UNITED STATES DISTRICT JUDGE