**From:** LAURA A BAILEY
**To:** Janet Goode
**Subject:** K.B. v. MSCS: Invoices for ABA Services
**Date:** Thursday, February 13, 2025 3:00:00 PM

Dear Janet,

Please have the ABA provider Mr. K.B. selects submit invoices for payment to me via email for now. I will let you know if that changes. I will respond to the provider's email confirming receipt.

Sincerely,

Laura Bailey, Attorney
Senior Associate Counsel
Office of General Counsel
Memphis-Shelby County Schools
160 Glenn Rodgers Sr. Street
(Formerly Known as S. Hollywood St)
Coe Building, Room 218
Memphis, TN 38117
(901) 416-6372 (direct)/(901) 416-6370 (main)
baileyla@scsk12.org

**From:** LAURA A BAILEY
**To:** Janet Goode; kashonda.day@arlaw.com
**Cc:** Michael Braun
**Subject:** RE: EXTERNAL - K.B. v. MSCS - consultation re motion to amend
**Date:** Thursday, March 6, 2025 10:09:00 AM
**Attachments:** K.B. v. MSCS Invoices for ABA Services .msg

---

Good Morning Janet,

I will do my best to get back to you tomorrow about the District's position on amendment. For what its worth, I don't think that Mr. Bardwell has to submit receipts for reimbursement. The revised order calls for MSCS to pay the provider directly for the services. In other words, the provider would submit the invoice to MSCS and MSCS would pay it. That is why I sent the attached email to you.

Sincerely,

Laura Bailey, Attorney
Senior Associate General Counsel
Office of General Counsel
Memphis-Shelby County Schools
160 Glenn Rodgers Sr. Street
(Formerly Known as S. Hollywood St)
Coe Building, Room 218
Memphis, TN 38117
(901) 416-6372 (direct)/(901) 416-6370 (main)
baileyla@scsk12.org

---

**From:** Janet Goode <janet@janetgoodelaw.com>
**Sent:** Thursday, March 6, 2025 8:35 AM
**To:** LAURA A BAILEY <BAILEYLA@scsk12.org>; kashonda.day@arlaw.com
**Cc:** Michael Braun <mfb@braun-law.com>; Janet Goode <janet@janetgoodelaw.com>
**Subject:** EXTERNAL - K.B. v. MSCS - consultation re motion to amend

*****This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected emails.*****

Counsel --

I am writing to consult about amending our complaint in the WDTN now that ALJ Hilliard has issued his Final Order following the remand. The amended complaint will necessarily include procedural updates. In particular, Plaintiffs are seeking to amend the complaint to challenge the funding structure (i.e. that the Bardwell family needs to submit receipts to and seek payment from MSCS directly) as well as the failure to take into account the needs for periodic (every 6 months) evaluation as a requirement of private ABA. We are obviously also seeking attorneys' fees now that we are prevailing party on almost all issues.

Please let me know your position.

Janet

Janet H. Goode
**goode law**
917 S. Cooper Street
Memphis, TN 38104
(901) 308-7511
janet@janetgoodelaw.com

*This is a confidential communication from a law office to the addressee. The information transmitted is intended only for the person or entity to which it is addressed and may be privileged, confidential, and protected from disclosure by law. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please destroy the material and notify the sender immediately.*