## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| K.B., by and through his Parent, K.B., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:22-cv-02464-JPM-cgc |
| v. | ) | |
| | ) | |
| MEMPHIS-SHELBY COUNTY | ) | |
| SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF TRANSFER

Before the Court is a Motion to Reopen Case, filed by Defendant Memphis-Shelby County Schools ("Defendant") on May 21, 2025.  (ECF No. 139.)  The Court entered a Judgment on the Administrative Record on March 12, 2024 (the "March 2024 Order"), and remanded the case to the Administrative Law Judge.  (ECF No. 104.)  Defendant seeks leave to litigate issues occurring after the remand.  (See ECF No. 139 at PageID 7057–58.)  Both Defendant and Plaintiffs K.B., by and through his parent, K.B., have filed suits seeking judicial review of the proceedings below after this Court's March 2024 Order.  See K.B., by and through his Parent, K.B. v. Memphis-Shelby County Schools, No. 2:25-cv-02265-TLP-tmp (W.D. Tenn., J. Parker) ("K.B. II"); Memphis Shelby County Schools v. K.B., No. 2:25-cv-02406-TLP-atc (W.D. Tenn., J. Parker) ("K.B. III").  United States District Judge Parker is currently presiding over these cases.  (See id.)

The Court finds it in the interest of judicial efficiency to transfer the instant case to Judge Parker in the Western District of Tennessee.  Accordingly, pursuant to Local Rule 83.8(d), the Court **TRANSFERS** the instant case to Judge Parker.

**SO ORDERED**, this 28th day of May, 2025.

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE