**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| K.B., by and through his Parent, K.B., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 2:22-cv-02464-TLP-cgc |
| v. | ) | |
| | ) | |
| MEMPHIS-SHELBY COUNTY SCHOOLS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

---

**JUDGMENT**

---

**JUDGMENT BY COURT**. This action came before the Court on Plaintiff's Complaint, filed on July 18, 2022. (ECF No. 1.) The Court entered Judgment in April 2024 and remanded the case to the Administrative Law Judge ("ALJ"). (ECF No. 106.) The ALJ has since entered a final order, which neither party timely challenged. (*See* ECF No. 148.) So in accordance with the Order on Pending Motions in K.B. I, II, and III (*id.*), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

February 24, 2026
Date