**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**K.B., by and through his
Parent, K.B.,**

    *Plaintiffs*,

                                             **No. 2:22-cv-02464-BCL-atc**

**v.**

**MEMPHIS-SHELBY
COUNTY SCHOOLS,**

    *Defendant*.

---

## DEFENDANT'S NOTICE OF APPEAL

---

      Defendant Memphis-Shelby County Schools ("the School District"), by and through its undersigned counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the *Judgment* entered on February 24, 2026 (ECF No. 149).

Dated: March 25, 2026               Respectfully Submitted,

                                    s/Laura Ann E. Bailey
                                    LAURA ANN E. BAILEY (TN BPR #027078)
                                    Shelby County Board of Education
                                    Office of General Counsel
                                    160 S. Hollywood St., Room 218
                                    901-416-6372 (direct phone)
                                    901-416-6370 (main phone)
                                    901-416-6374 (fax)
                                    baileyla@scsk12.org
                                    *Attorney for Memphis-Shelby County Schools*

1

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a copy of the foregoing was served upon counsel of record

for Plaintiff via the Court's electronic filing system on this the 25th day of March, 2026.


<u>s/Laura Ann E. Bailey</u>
LAURA ANN E. BAILEY