## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 26, 2026

Ms. Laura Ann Elizabeth Bailey
Shelby County Board of Education
Office of General Counsel
160 S. Hollywood Street
Suite 218
Memphis, TN 38103

Mr. Michael Franklin Braun
Law Office
5016 Centennial Boulevard
Suite 200
Nashville, TN 37209

Ms. Janet Goode
917 S. Cooper Street
Memphis, TN 38104

Re: Case No. 26-5251, *K. B., et al v. Memphis Shelby County, TN Schools*
Originating Case No. 2:22-cv-02464; 2:25-cv-02265; 2:25-cv-02406

Dear Counsel,

This case has been docketed as case number **26-5251**. It will be held in abeyance until after the district court rules on pending motions, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office.

In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

Sincerely yours,

s/Kelly Stephens, Clerk

Appeal Case Manager: Gretchen
Direct Dial No. 513-564-7018

cc: Ms. Wendy R. Oliver

Enclosure

K. B., minor student; K. B., student's parent

      Plaintiffs - Appellees

v.

MEMPHIS SHELBY COUNTY, TN SCHOOLS

      Defendant - Appellant