**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**K.B., by and through his**
**Parent, K.B.,**

    *Plaintiffs*,

                                        **No. 2:22-cv-02464-BCL-atc**

**v.**

**MEMPHIS-SHELBY**
**COUNTY SCHOOLS,**

    *Defendant.*

---

### DEFENDANT'S AMENDED NOTICE OF APPEAL

---

Defendant Memphis-Shelby County Schools ("the School District"), by and through its undersigned counsel, files this Amended Notice of Appeal amending Defendant's Notice of Appeal (ECF No. 153), and appeals to the United States Court of Appeals for the Sixth Circuit from any and all final or appealable orders in this matter, including but not limited to the Order Granting Plaintiffs' Motion to Alter or Amend Judgment Under Federal Rule of Civil Procedure 59 and/or Motion for Relief from Judgment under Federal Rule of Civil Procedure 60 (ECF No. 156), Judgment (ECF No. 149), Order on Pending Motions in *K.B. I, K.B. II,* and *K.B. III* (ECF No. 148), Judgment (ECF No. 106), and Judgment on the Administrative Record (ECF No. 104).

Dated: April 27, 2026                    Respectfully Submitted,

                                             s/Laura Ann E. Bailey
                                             LAURA ANN E. BAILEY (TN BPR #027078)
                                             Shelby County Board of Education
                                             Office of General Counsel
                                             160 Glenn Rogers Sr. St., Room 218
                                             901-416-6372 (direct phone)
                                             901-416-6370 (main phone)
                                             901-416-6374 (fax)

baileyla@scsk12.org
*Attorney for Memphis-Shelby County Schools*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon counsel of record

for Plaintiff via the Court's electronic filing system on this the 27th day of April, 2026.


s/Laura Ann E. Bailey
LAURA ANN E. BAILEY